## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Matt Ellison, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Complaint in this matter and authorize Scott+Scott Attorneys at Law LLP to file lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of all persons who purchased or otherwise acquired Tufin Software Technologies, Ltd. ("Tufin") securities pursuant and/or traceable to Tufin's April 2019 initial public offering (the "IPO" or "Offering"), including providing testimony at deposition and trial, if necessary.

3. I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____ . (City, State)

6/17/2020                                              *Matthew Parker Ellison*
                                                       E3234D2459664EB...
_____                                        _____
DATE                                                   SIGNATURE

# Schedule A

**TUFIN SOFTWARE TECHNOLOGIES**     Ticker:  TUFN     SEDOL  BJHK016

**Matt Ellison**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 4/12/2019 | 200 | $19.70 |
|  | 4/12/2019 | 600 | $19.50 |
|  | 7/24/2019 | 500 | $22.15 |
|  | 7/24/2019 | 440 | $22.00 |
| **Sales:** | 6/28/2019 | 300 | $26.10 |
|  | 7/2/2019 | 300 | $26.39 |
|  | 7/2/2019 | 100 | $26.35 |
|  | 7/2/2019 | 100 | $26.34 |
|  | 1/9/2020 | 940 | $13.19 |