# EXHIBIT C

**Tufin Software Technologies Ltd. (TUFN)**
**Class Period: Pursuant/Traceable to IPO on or SPO**
**Section 11 Claim**
**IPO: $14.00/share on 4/11/2019**
**SPO: $17.00/share on 12/5/2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Michaelson, David | 4/18/2019 | 100 | $21.0000 | ($2,100) | 7/15/2020 | (500) | $9.9600 | $4,980 | |
| Michaelson, David | 5/2/2019 | 400 | $21.0000 | ($8,400) | | | | | |
| **Michaelson, David** | | **500** | | **($10,500)** | | **(500)** | | **$4,980** | **($2,020)** |

*Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:
i) the higher of the closing price the suit was filed ($10.50 on July 21, 2020) and the sale price from,
ii) the lower of the purchase price and the IPO price ($14.00).