**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW ELLISON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, YUVAL SHACHAR, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., JEFFERIES LLC, OPPENHEIMER & CO. INC., ROBERT W. BAIRD & CO. INCORPORATED, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and D.A. DAVIDSON & CO,<br><br>    Defendants. | Case No.: 1:20-cv-05646-GHW<br><br>Hon. Gregory H. Woods, III |
| DAVID MICHAELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, and YUVAL SHACHAR,<br><br>    Defendants. | Case No.: 1:20-cv-06290-GHW<br><br>Hon. Gregory H. Woods, III |

**NOTICE OF MOTION OF MARK HENRY FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mark Henry ("Movant") respectfully moves this Court for an order: (1) consolidating the above captioned actions (the "Actions"); (2) appointing him as lead plaintiff pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving his selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Securities Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: September 21, 2020                    Respectfully Submitted,

                                             **LEVI & KORSINSKY, LLP**

                                             By:  /s/ *Shannon L. Hopkins*
                                             Shannon L. Hopkins (SH-1887)
                                             1111 Summer Street, Suite 403
                                             Stamford, Connecticut 06905
                                             Tel. (203) 992-4523
                                             Fax: (212) 363-7500
                                             Email: shopkins@zlk.com

                                             *Counsel for Mark Hnery and [Proposed]*
                                             *Lead Counsel for the Class*