# EXHIBIT B

| | |
|---|---|
| Case Name | Tufin Software Technologies Ltd. |
| Ticker | TUFN |
| Client Name | Mark Henry |
| IPO/SPO Date | 04-11-2019 / 12-05-2019 |

| § 11 Loss Calculation | |
|---|---|
| Total Shares Acquired & Retained | 21,100 |
| IPO/SPO Offer Price | $14.00 / $17.00 |
| Value of Shares at Acquisition* | $ 295,400.00 |
| Close Date*** | 04-06-2020 |
| Closing Price | $ 07.89 |
| Estimated Value of Shares** | $ 166,479.00 |
| **Estimated Gain/(Loss)** | ($128,921.00) |

* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of $14.00 are valued at $14.00 per share. Any shares purchased for less than the offering price are valued at their purchase price.

** Pursuant to 15 U.S.C. § 77k(e),  shares are valued at the (1) closing stock price on the date the initial federal complaint asserting claims under Section 11 - April 6, 2020 ($07.89), if shares are retained; (2) selling stock price if sold prior to the filing of the suit; or (3) price at which the stock was sold, after the filing of the initial federal complaint, but before judgment, if sold for more than the closing stock price on the date the federal complaint was filed.

*** The initial federal complaint asserting claims against TUFN under Section 11 was filed on April 6, 2020. Prior to reaching the PSLRA deadline, the case was voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a). On July 21, 2020, Plaintiffs in this Action filed a federal complaint against TUFN containing almost idential allegations as the TUFN complaint filed in April. The closing price for the pending Action is $10.50.  Movant's loss is $73,850 if calculated using the closing price of $10.50.