**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW ELLISON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, YUVAL SHACHAR, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., JEFFERIES LLC, OPPENHEIMER & CO. INC., ROBERT W. BAIRD & CO. INCORPORATED, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and D.A. DAVIDSON & CO., <br><br> Defendants. | Case No. 1:20-cv-05646-GHW |
| DAVID MICHAELSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, and YUVAL SHACHAR, <br><br> Defendants. | Case No. 1:20-cv-06290-GHW |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF JOCELYN TAN PECK HIANG'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Jocelyn Tan Peck Hiang ("Tan") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Tan's motion for consolidation, appointment as Lead Plaintiff, and approval of her selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Notice published on July 21, 2020, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), via *Business Wire*;

Exhibit B:    Certification, pursuant to the PSLRA, attesting to Tan's transactions in Tufin Software Technologies Ltd. ("Tufin") common stock;

Exhibit C:    Chart reflecting the losses incurred by Tan as a result of her transactions in Tufin common stock; and

Exhibit D:    Firm résumé of Scott+Scott, proposed Lead Counsel for the Class

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 21, 2020, at New York, New York.

 /s/ Thomas L. Laughlin, IV
THOMAS L. LAUGHLIN, IV

1