# EXHIBIT A





## Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Tufin Software Technologies Ltd.

July 21, 2020 08:26 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, today announced that it has filed a class action lawsuit against Tufin Software Technologies Ltd. ("Tufin" or the "Company"), certain directors and officers of the Company and the underwriters of Tufin's April 2019 initial public offering ("IPO") and its December 2019 secondary public offering ("SPO") (collectively, "Defendants").

The action, which was filed in the U.S. District Court for the Southern District of New York, asserts claims under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§77k, §77*l*(a)(2), and §77o, on behalf of investors who purchased Tufin ordinary shares in or traceable to both the IPO and SPO and who were damaged thereby (the "Class").

Tufin is an Israeli company that develops, markets, and sells software and cloud-based security solutions primarily in the United States, Europe, and Asia.

The complaint alleges that Defendants violated provisions of the Securities Act by issuing false and misleading registration statements and prospectuses in connection with both its IPO and its SPO. Specifically, the complaint states that Defendants misled investors with respect to the Company's North American business, customer relationships and growth metrics, and the fact that Tufin's business was deteriorating, and, as a result, Tufin's representations regarding its sustainable financial prospects were overly optimistic—all of which was known to, and concealed by, Defendants at the time of the IPO and SPO.

On January 9, 2020, Tufin released preliminary unaudited revenue and non-GAAP operating loss estimates for the fourth fiscal quarter of 2019, revealing total revenue in the range of $29.5 million to $30.1 million, compared to its previous guidance of total revenue in the range of $34.0 million to $38.0 million, and an anticipated non-GAAP operating loss in the range of $1.1 million to $2.6 million, compared to the Company's previous guidance of non-GAAP operating profit in the range of $0.0 million to $3.0 million. Tufin's "inability to close a number of transactions, primarily in North America" was cited as the primary reason for Tufin's revenue shortfall.

On this news, Tufin's share price fell $4.14 per share, or 24.04%, to close at $13.08 per share on January 9, 2020.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from the date of this notice. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Jonathan Zimmerman of Scott+Scott at (888) 398-9312, or via email at jzimmerman@scott-scott.com.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and employee retirement plan actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Connecticut, California, and Ohio.

Contacts

**Jonathan Zimmerman**

**Scott+Scott Attorneys at Law LLP**

**230 Park Avenue, 17th Floor, New York, NY 10169-1820**

**(888) 398-9312**

**jzimmerman@scott-scott.com**

#Hashtags

#Tufin     #SecuritiesClassAction     #TUFN     #TufinSoftware

$Cashtags

$TUFN