# EXHIBIT C

**LOSS ANALYSIS**

**TUFIN SOFTWARE TECHNOLOGIES**

| Ticker | | | SEDOL | ISIN | | CUSIP |
|---|---|---|---|---|---|---|
| **TUFN** | | | **BJHK016** | **IL0011571556** | | **M8893U102** |

Jocelyn Tan

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 4/22/2019 | 200 | $23.08 | -$4,616.00 |
| Purchase | 4/25/2019 | 200 | $24.25 | -$4,850.00 |
| Purchase | 4/26/2019 | 1,000 | $24.25 | -$24,250.00 |
| Purchase | 5/1/2019 | 200 | $21.89 | -$4,378.26 |
| Purchase | 5/15/2019 | 200 | $23.00 | -$4,600.00 |
| Purchase | 5/16/2019 | 300 | $23.60 | -$7,080.00 |
| Purchase | 5/16/2019 | 200 | $23.69 | -$4,738.00 |
| Purchase | 5/20/2019 | 300 | $22.56 | -$6,766.74 |
| Purchase | 5/23/2019 | 200 | $21.62 | -$4,324.00 |
| Purchase | 6/4/2019 | 200 | $21.65 | -$4,330.00 |
| Purchase | 6/21/2019 | 500 | $25.50 | -$12,750.00 |
| Purchase | 6/21/2019 | 500 | $25.30 | -$12,650.00 |
| Purchase | 6/21/2019 | 500 | $24.80 | -$12,400.00 |
| Purchase | 6/21/2019 | 400 | $25.80 | -$10,320.00 |
| Purchase | 6/21/2019 | 100 | $25.79 | -$2,579.00 |
| Purchase | 6/24/2019 | 300 | $27.80 | -$8,340.00 |
| Purchase | 6/24/2019 | 300 | $27.25 | -$8,175.00 |
| Purchase | 6/24/2019 | 300 | $27.11 | -$8,133.00 |
| Purchase | 6/24/2019 | 300 | $26.50 | -$7,950.00 |
| Purchase | 6/27/2019 | 300 | $25.93 | -$7,779.00 |
| Purchase | 7/15/2019 | 500 | $29.25 | -$14,625.00 |
| Purchase | 7/17/2019 | 300 | $30.05 | -$9,015.00 |
| Purchase | 7/18/2019 | 300 | $29.90 | -$8,970.00 |
| Purchase | 7/22/2019 | 1,000 | $23.00 | -$23,000.00 |
| Purchase | 1/8/2020 | 1,000 | $12.79 | -$12,790.00 |
| **Class Period purchases:** | | **9,600** | | **-$229,409.00** |

| | | | | |
|---|---|---|---|---|
| Sale | 4/23/2019 | 200 | $24.30 | $4,860.00 |
| Sale | 6/20/2019 | 2,800 | $23.56 | $65,968.00 |
| Sale | 7/10/2019 | 300 | $29.00 | $8,700.00 |
| Sale | 7/16/2019 | 500 | $29.99 | $14,995.00 |
| **Class Period sales (matched to Class Period purchases):** | | **3,800** | | **$94,523.00** |
| | LIFO Retained Purchases: | 5,800 | $9.73000 | $56,434.00 |
| | **LIFO Gain/(Loss):** | | | **-$78,452.00** |