```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MATTHEW ELLISON, *individually and on behalf of all others similarly situated*,

                     Plaintiff,

        -against-                                   1:20-cv-5646-GHW

TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, RUEVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, YUVAL SHACHAR, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., JEFFERIES LLC, OPPENHEIMER & CO. INC., ROBERT W. BAIRD & CO. INCORPORATED, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., D.A. DAVIDSON & CO.

                     Defendants.

ORDER

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The briefing schedule for the motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel, Dkt. Nos. 24, 28, and 31, is as follows: any opposition is due no later than October 9, 2020. Any reply is due no later than one week following service of the latest timely-filed opposition brief.

       Counsel for the named plaintiff is directed to serve a copy of this order on each of the defendants.

       SO ORDERED.

Dated: September 22, 2020
                                                                 GREGORY H. WOODS
                                                           United States District Judge