**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW ELLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, YUVAL SHACHAR, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., JEFFERIES LLC, OPPENHEIMER & CO. INC., ROBERT W. BAIRD & CO. INCORPORATED, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and D.A. DAVIDSON & CO.,<br><br>Defendants. | Case No. 1:20-cv-05646-GHW |
| DAVID MICHAELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, and YUVAL SHACHAR,<br><br>Defendants. | Case No. 1:20-cv-06290-GHW |

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

On September 21, 2020, pursuant to §27 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §§77z-1, *et seq.*, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), putative Class member and Lead Plaintiff movant Jocelyn Tan Peck Hiang ("Tan") timely filed a motion for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel in connection with the above-captioned securities fraud class actions. ECF No. 31.  Two similar motions were filed by other putative Class members.  ECF Nos. 24, 28.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C. §77z-1(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Tan has not asserted the "largest financial interest."  However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Tan remains willing and able to serve as lead plaintiff or as named Class representative.

By this Notice, Tan does not waive, compromise, or relinquish her right to participate in this litigation or receive her share of any recovery to the Class.

DATED:  October 9, 2020

Respectfully Submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
Rhiana L. Swartz
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6334
Facsimile:  (212) 223-6444
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Proposed Lead Plaintiff Jocelyn Tan Peck Hiang and Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2020, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 */s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

4