# UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ELLISON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, YUVAL SHACHAR, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., JEFFERIES LLC, OPPENHEIMER & CO. INC., ROBERT W. BAIRD & CO. INCORPORATED, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and D.A. DAVIDSON & CO. <br><br> Defendants. | **DEFENDANTS' RESPONSE TO MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br><br> Case No. 1:20-cv-05646-GHW <br><br> Hon. Gregory H. Woods, III |
| DAVID MICHAELSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TUFIN SOFTWARE TECHNOLOGIES LTD., REUVEN KITOV, JACK WAKILEH, REUVEN HARRISON, OHAD FINKELSTEIN, EDOUARD CUKIERMAN, YAIR SHAMIR, RONNI ZEHAVI, and YUVAL SHACHAR, <br><br> Defendants. | <br> Case No. 1:20-cv-06290-GHW <br><br> Hon. Gregory H. Woods, III |

Defendants Tufin Software Technologies Ltd. ("Tufin"), Reuven Kitov, J.P. Morgan Securities LLC, Barclays Capital Inc., Jefferies LLC, Oppenheimer & Co. Inc., Robert W. Baird & Co. Incorporated, Piper Jaffray & Co. (n/k/a Piper Sandler & Co.), Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., and D.A. Davidson & Co. (with Tufin, the "Served Defendants") submit the following response to the motions for appointment of lead plaintiff and approval of lead plaintiff's selection of counsel.[1]

For the reasons set forth in the motion and supporting papers of David Michaelson ("Michaelson"), Mark Henry ("Henry"), and Jocelyn Tan Peck Hiang ("Tan" and collectively with Michaelson and Henry, "Movants"), the Served Defendants support an order consolidating the above captioned actions, and establishing a Master Docket and Master File captioned *In re Tufin Software Technologies Ltd. Securities Litigation*, Master File No. 1:20-cv-05646-GHW (the "Consolidated Action").

The Served Defendants take no position on the appointment of lead plaintiff or the approval of lead counsel but submit that any initial determinations that this Court makes under Federal Rule of Civil Procedure Rule 23 in connection with appointing lead plaintiff has no bearing on decisions this Court may make, should the case proceed to the class certification stage. The Served Defendants reserve all rights with respect to the claims asserted in the Complaint and with respect to any potential defenses thereto and, by submitting this response, do not waive any defenses, rights or arguments.

---

[1] J.P. Morgan Securities LLC, Barclays Capital Inc., Jefferies LLC, Oppenheimer & Co. Inc., Robert W. Baird & Co. Incorporated, Piper Jaffray & Co. (n/k/a Piper Sandler & Co.), Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., and D.A. Davidson & Co. are named as defendants only in the *Ellison* action.

The Served Defendants object to the proposed orders submitted by the Movants to the extent that they purport to address issues of document preservation. *See* ECF 25 ¶ 15; ECF 28-1 ¶ 13; ECF 34 ¶ 10. Document preservation and the parties' obligations regarding document preservation are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(b). Thus, to the extent that Movants' proposed orders include a document preservation provision, these provisions are improper, unnecessary and duplicative of the parties' existing obligations. *See In re Deutsche Bank Aktiengesellschaft Sec. Litig.*, No. 16-cv-03495 (AT) (BCM), 2016 WL 5867497, at *6 (S.D.N.Y. Oct. 4, 2016) (finding that proposed language regarding evidence preservation was unnecessary because such an obligation to preserve evidence is "statutorily automatic" under the PSLRA, and there was no reason to believe that "any other party misunderstands its document-preservation obligations or lacks notice as to which types of documents need [to] be preserved.").

## CONCLUSION

Served Defendants respectfully request that, in addressing the appointment of lead plaintiffs and lead counsel, all and any request to include document preservation in an order appointing lead plaintiff and lead counsel be denied.

DATED:   October 9, 2020                Respectfully Submitted,
         New York, New York

*/s/  Douglas P. Baumstein*

Douglas P. Baumstein
Dominique N. Forrest
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
dbaumstein@whitecase.com
dominique.forrest@whitecase.com

*Counsel for Tufin Software*
*Technologies Ltd. and Reuven Kitov*

/s/    *Jeffrey S. Geier*

Jeffrey S. Geier
Susan L. Saltzstein
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
jeffrey.geier@skadden.com
susan.saltzstein@skadden.com

*Counsel for J.P. Morgan Securities*
*LLC, Barclays Capital Inc., Jefferies*
*LLC, Oppenheimer & Co. Inc.,*
*Robert W. Baird & Co.*
*Incorporated,*
*Piper Jaffray & Co (n/k/a Piper*
*Sandler & Co.)., Stifel, Nicolaus &*
*Company, Incorporated, William*
*Blair & Company, L.L.C., and D.A.*
*Davidson & Co.*