```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
IN RE TUFIN SOFTWARE TECHNOLOGIES  :
LTD. SECURITIES LITIGATION         :          1:20-cv-5646-GHW
:
:          ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 24, 2020, the Court scheduled an initial pretrial conference in *Ellison v. Tufin Software Technologies Ltd. et al.*, Case No. 1:20-cv-05646-GHW, for November 2, 2020 at 5:00 p.m. Dkt. No. 7. On August 13, 2020, the Court adjourned that conference *sine die* to permit the parties to meet and confer regarding the briefing schedule for an anticipated consolidated amended complaint and responses to that complaint. Dkt. No. 22.

On August 19, 2020 the Court scheduled an initial pretrial conference in *Michaelson v. Tufin Software Technologies Ltd. et al.,* Case No. 1:20-cv-06290-GHW, for November 2, 2020 at 4:30 p.m. Dkt. No. 8.

On October 19, 2020*,* the Court granted Lead Plaintiff Mark Henry's September 21, 2020 motion to consolidate the *Ellison* and *Michaelson* actions, appoint lead plaintiff, and approve the selection of lead counsel. Dkt. No. 44; *see* Dkt. No. 28. Therefore, the initial pretrial conference scheduled for November 2, 2020 at 4:30 p.m., in the *Michaelson* action is adjourned. The Court looks forward to seeing the parties' proposed briefing schedule for the consolidated action.

Counsel for Lead Plaintiff is directed to serve this order on all Defendants not represented by counsel and to retain proof of service.

SO ORDERED.

Dated: October 28, 2020
New York, New York                                    _____
                                                       GREGORY H. WOODS
                                                       United States District Judge