```
                                                    ┌──────────────────────────────────┐
                                                    │ USDC SDNY                        │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                         │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED             │
---------------------------------------------------X│ DOC #: _____         │
                                            :       │ DATE FILED: 11/13/2020           │
                                            :       └──────────────────────────────────┘
                                            :
IN RE TUFIN SOFTWARE TECHNOLOGIES           :
LTD. SECURITIES LITIGATION                  :                1:20-cv-5646-GHW
                                            :
                                            :                      ORDER
--------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The August 13, 2020 stipulation and order directed the parties to meet and confer within fourteen days of the appointment of lead plaintiff to discuss the timing for an anticipated consolidated amended complaint and responses to that complaint.  Dkt. No. 22.  On October 19, 2020, the Court granted Lead Plaintiff Mark Henry's September 21, 2020 motion to consolidate the *Ellison* and *Michaelson* actions, appoint lead plaintiff, and approve the selection of lead counsel.  Dkt. No. 44; *see* Dkt. No. 28.

The Court has not received the parties' proposed schedule.  The parties are directed to submit their proposed schedule and a joint status update no later than November 20, 2020.

Counsel for Lead Plaintiff is directed to serve this order on all defendants not represented by counsel and to retain proof of service.

SO ORDERED.

Dated:  November 13, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge