USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
                                                                 :
IN RE TUFIN SOFTWARE TECHNOLOGIES                                :
LTD. SECURITIES LITIGATION                                       :           1:20-cv-5646-GHW
                                                                 :
                                                                 :           ORDER
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court has reviewed the parties' November 20, 2020 joint status update, including the parties' stipulation and proposed order regarding the timing of Lead Plaintiff's amended complaint and Defendants' response thereto. Dkt. No. 51. The Court adopts the parties' proposed deadlines as follows:

- Lead Plaintiff shall file an amended complaint within sixty (60) days of the date of this order.

- Defendants will answer or otherwise respond to Lead Plaintiff's amended complaint sixty (60) days after filing; and in the event that Defendants move to dismiss, pursuant to Rule 2C of this Court's Individual Rules of Practice in Civil Cases, Defendants shall file their pre-motion conference request ("Rule 2C Pre-Motion Letter") sixty (60) days after filing of the amended complaint; the date for filing the motion to dismiss will be set with the Court following resolution of the Rule 2C Pre-Motion Letter.

    If Defendants seek to move to dismiss Lead Plaintiff's amended complaint, the Court anticipates setting the deadlines for any oppositions or replies at the pre-motion conference. The Court takes no position on Defendants Edouard Cukierman, Ohad Finkelstein, Reuven Harrison,

Reuven Kitov, Yuval Shachar, Yair Shamir, Jack Wakileh, and Ronni Zehavi's acceptance of service of the summons and complaint, or Defendants' preservation of their defenses and arguments.  *See* Dkt. No. 51-1 ¶¶ 1, 5.

SO ORDERED.

Dated:  November 22, 2020

_____
GREGORY H. WOODS
United States District Judge