## Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

April 5, 2021

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

> RE: In re Tufin Software Technologies Ltd. Securities Litigation, No. 1:20-cv-5646-GHW

Dear Judge Woods:

     We are counsel to J.P. Morgan Securities LLC, Barclays Capital Inc., Jefferies LLC, Oppenheimer & Co. Inc., Robert W. Baird & Co. Incorporated, Piper Jaffray & Co. (n/k/a Piper Sandler & Co.), Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C. and D.A. Davidson & Co. (the "Underwriters").

     The Underwriters were named as defendants in one of the original actions consolidated into the above-referenced action. (*See* ECF No. 1.) The Consolidated Complaint for Violations of the Securities Act of 1933 (ECF No. 55) filed by the Court-appointed Lead Plaintiff, however, does not assert any claims against the Underwriters.

     Accordingly, we respectfully request an order directing the Clerk of the Court to modify the docket in this matter to reflect that the Underwriters have been terminated from this action. We have contacted Lead Plaintiff but, as of the time of filing of this letter, Lead Plaintiff has not advised us of its position. The other defendants do not object to the relief requested in this letter.

Hon. Gregory H. Woods
April 5, 2021
Page 2

                                                                              Respectfully submitted,

                                                                              */s/Susan L. Saltzstein*

                                                                              Susan L. Saltzstein

cc:      Counsel of record (by ECF)