**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods |

### DECLARATION OF KIMBERLY A. HAVLIN
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, Kimberly A. Havlin, hereby declare as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of New York, a member of the bar of this Court, a partner with the law firm White & Case LLP, and counsel for each of the Defendants in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Complaint.

2. Attached as Exhibit A is a true and correct copy of Tufin's Registration Statement Form F-1/A, filed on April 1, 2019.

3. Attached as Exhibit B is a true and correct copy of the Exhibit 99.1 attachment to Tufin's Report of Foreign Issuer Form 6-K, filed on June 13, 2019.

4. Attached as Exhibit C is a true and correct copy of the Exhibit 99.1 attachment to Tufin's Report of Foreign Issuer Form 6-K, filed on September 3, 2019.

5. Attached as Exhibit D is a true and correct copy of the Exhibit 99.1 attachment to Tufin's Report of Foreign Issuer Form 6-K, filed on November 14, 2019.

6. Attached as Exhibit E is a true and correct copy of the Exhibit 99.1 attachment to Tufin's Report of Foreign Issuer Form 6-K, filed on January 8, 2020.

7.     Attached as Exhibit F is a true and correct copy of the transcript from the Tufin conference call held on January 8, 2020 that discussed the preliminary earnings results announced in the January 8, 2020 Form 6-K.

8.     Attached as Exhibit G is a true and correct copy of the Exhibit 99.1 attachment to Tufin's Report of Foreign Issuer Form 6-K, filed on February 13, 2020.

9.     Exhibits A, B, C, D, E, and G were retrieved from EDGAR, the Securities and Exchange Commission's company filing database.  The Tufin documents are available at: https://www.sec.gov/edgar/browse/?CIK=1757399&owner=exclude.

10.     Exhibit F was retrieved from the S&P Global Market Intelligence database, available at: http://capitaliq.com.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:   May 20, 2021
               New York, New York


                                                    WHITE & CASE LLP


                                                    /s/ Kimberly A. Havlin
                                                    Kimberly A. Havlin
                                                    White & Case LLP
                                                    1221 Avenue of the Americas
                                                    New York, New York 10020
                                                    T: (212) 819-8200
                                                    F: (212) 354-8113
                                                    E: kim.havlin@whitecase.com

                                                    Attorney for Defendants