# EXHIBIT C

EX-99.1 2 exhibit_99-1.htm EXHIBIT 99.1

<u>**Exhibit 99.1**</u>



**Tufin Announces Second Quarter 2019 Results**
*Second quarter revenue of $25.1 million increases 36% year-over-year*
*GAAP operating loss of $7.7 million and non-GAAP operating loss of $5.1 million*
*The Company raised net proceeds of $112.5 million in its initial public offering completed in April, 2019*

**Boston, MA** and **Tel Aviv, Israel – September 3, 2019** - Tufin (NYSE: TUFN), a company pioneering a policy-centric approach to security and IT operations, today announced financial results for the second quarter ended June 30, 2019.

"We had a strong second quarter, and I'm very pleased with our results. We continue to see strong demand across all verticals and geographies", said Ruvi Kitov, Co-founder and CEO. "We landed notable new logos, while at the same time expanding within our existing customer base. The need for network security policy automation is becoming more and more pressing as network complexity increases and digital transformation accelerates."

**Financial Highlights for the Second Quarter Ended June 30, 2019**

**Revenue:**
   •     Total revenue was $25.1 million, up 36% compared with the second quarter of 2018.
   •     Product revenue was $10.9 million, up 31% compared with the second quarter of 2018.
   •     Maintenance and professional services revenue was $14.2 million, up 39% compared with the second quarter of 2018.

**Gross Profit:**
   •     GAAP gross profit was $20.2 million, or 80% of total revenue, compared to $15.7 million in the second quarter of 2018, or 85% of total revenue.
   •     Non-GAAP gross profit was $20.5 million, or 82% of total revenue, compared to $15.8 million in the second quarter of 2018, or 86% of total revenue.

**Operating Loss:**
   •     GAAP operating loss was $7.7 million, compared to $2.4 million in the second quarter of 2018.
   •     Non-GAAP operating loss was $5.1 million, compared to $1.6 million in the second quarter of 2018.

**Net Loss:**
   •     GAAP net loss was $8.2 million, or a loss of $0.26 per share, compared to a GAAP net loss of $3.1 million, or a loss of $0.38 per share, in the second quarter of 2018.
   •     Non-GAAP net loss was $5.6 million, or a loss of $0.18 per share, compared to a loss of $2.2 million, or a loss of $0.28 per share, in the second quarter of 2018.

**Balance Sheet and Cash Flow:**
   •     Cash flow generated from operating activities during the six months ended June 30, 2019 was $1.5 million, compared to cash flow generated from operating activities of $5.7 million
      during the six months ended June 30, 2018.
   •     Total cash, cash equivalents and restricted cash as of June 30, 2019 were $130.7 million, compared to $17.6 million as of December 31, 2018. The Company raised net proceeds of $112.5
      million in its initial public offering completed in April, 2019.

The tables at the end of this press release include a reconciliation of GAAP to non-GAAP gross profit, operating income and net income for the three and six months ended June 30, 2019 and 2018. An explanation of these measures is also included under the heading "Non-GAAP Financial Measures."

### Recent Business Highlights

- We recently announced the general availability of Tufin Orchestration Suite R19-2, with extended capabilities, enhanced visibility and policy control. This will enable us to support a
  wider range of network devices, as customer networks become more and more complex.
- We announced the appointment of Larry Alston as General Manager of Cloud. Alston previously held senior and executive management roles at Teradata, Altisource, FuseSource,
  IONA, and Excelon. As Tufin champions the adoption of security policy management in the cloud, Alston will be responsible for all aspects of Tufin's cloud-native business.
- We successfully hosted Tufinnovate Americas, our annual user event for the Americas, in Boston in July. The event was co-sponsored by some of our large partners, including
  Cisco, VMware and Fortinet.  Our European user event, Tufinnovate EMEA, will be held in Lisbon on September 10 – 12.

### Third Quarter and Full Year 2019 Outlook

Based on information available as of September 3, 2019, Tufin is issuing guidance as indicated below:

### Third Quarter 2019:

- Total revenue between $24 million and $26 million.
- Non-GAAP operating loss between $4.8 million and $6.3 million

### Full Year 2019:

- Total revenue between $106 million and $111 million
- Non-GAAP operating loss between $10.7 million and $12.7 million

### Conference Call Information

To participate in Tufin's second quarter earnings conference call, please dial (866) 211-3126 in the U.S. or (647) 689-6579 for international participants and enter Conference ID# 9586608. The call will also be webcast live on Tufin's Investor Relations website at investors.tufin.com. Following the conference call, a replay will be available at (800) 585-8367 (domestic) or (416) 621-4642 (international). The replay passcode is 9586608. An archived webcast of this conference call will be available on the investor relations section of the company website.

### About Tufin

Tufin (NYSE: TUFN) simplifies management of some of the largest, most complex networks in the world, consisting of thousands of firewall and network devices and emerging hybrid cloud infrastructures. Enterprises select the company's Tufin Orchestration Suite™ to increase agility in the face of ever-changing business demands while maintaining a robust security posture. The Suite reduces the attack surface and meets the need for greater visibility into secure and reliable application connectivity. With over 2,000 customers since its inception, Tufin's network security automation enables enterprises to implement changes in minutes instead of days, while improving their security posture and business agility.

### Non-GAAP Financial Measures

Because of varying available valuation methodologies, subjective assumptions that can impact a company's non-cash expense, we believe that providing non-GAAP financial measures that exclude non-cash share-based compensation expense allows for more meaningful comparisons between our operating results from period to period. These non-GAAP financial measures are an important tool for financial and operational decision-making and for evaluating our operating results over different periods:

- We define non-GAAP gross profit as gross profit excluding share-based compensation expense.
- We define non-GAAP operating profit (loss) as operating profit excluding share-based compensation expense.
- We define non-GAAP net income as net income excluding share-based compensation expense.

Other companies, including companies in our industry, may calculate non-GAAP gross profit, non-GAAP operating profit (loss) and non-GAAP net income differently or not at all, which reduces the usefulness these non-GAAP financial measures for comparison. You should consider these non-GAAP financial measures along with other financial performance measures, including gross profit, operating profit and net income, and our financial results presented in accordance with U.S. GAAP. Tufin urges investors to review the reconciliation of its non-GAAP financial measures to the comparable U.S. GAAP financial measures included below, and not to rely on any single financial measure to evaluate its business.

Guidance for non-GAAP financial measures excludes, as applicable, share-based compensation expense. A reconciliation of the non-GAAP financial measures guidance to the corresponding GAAP measures is not available on a forward-looking basis due to the uncertainty regarding, and the potential variability and significance of, the amounts of share-based compensation expense that are excluded from the guidance. Accordingly, a reconciliation of the non-GAAP financial measures guidance to the corresponding GAAP measures for future periods is not available without unreasonable effort.

**Cautionary Language Concerning Forward-Looking Statements**

This release contains forward-looking statements, which express the current beliefs and expectations of Tufin's (the "Company") management. In some cases, forward-looking statements may be identified by terminology such as "believe," "may," "estimate," "continue," "anticipate," "intend," "should," "plan," "expect," "predict," "potential" or the negative of these terms or other similar expressions. Such statements involve a number of known and unknown risks and uncertainties that could cause the Company's future results, performance or achievements to differ significantly from the results, performance or achievements expressed or implied by such forward-looking statements. Important factors that could cause or contribute to such differences include risks relating to: changes in the rapidly evolving enterprise network landscape; failure to effectively manage growth; potential near-term declines in our operating and net profit margins and our revenue growth rate; real or perceived shortcomings, defects or vulnerabilities in the Company's solutions or internal network system, or the failure of the Company's customers or channel partners to correctly implement the Company's solutions; fluctuations in quarterly results of operations; the inability to acquire new customers or sell additional products and services to existing customers; competition from a wide variety of competitive vendors; the Company's ability to successfully integrate potential future acquisitions; and other factors discussed under the heading "Risk Factors" in the final prospectus for the Company's initial public offering filed with the Securities and Exchange Commission on April 11, 2019. Forward-looking statements in this release are made pursuant to the safe harbor provisions contained in the Private Securities Litigation Reform Act of 1995. These forward-looking statements are made only as of the date hereof, and the Company undertakes no obligation to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise.

**TUFIN SOFTWARE TECHNOLOGIES LTD.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited, U.S. dollars in thousands)**

| | December 31, | June 30, |
|---|---|---|
| | 2018 | 2019 |
| **Assets** | | |
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | 15,248 | 127,491 |
| Restricted bank deposits | 561 | 552 |
| Accounts receivable (net of allowance for doubtful accounts of $97 and $128 at December 31, 2018 | | |
| and June 30, 2019, respectively) | 14,716 | 13,125 |
| Prepaid expenses and other current assets | 5,440 | 5,343 |
| **Total current assets** | **35,965** | **146,511** |
| **NON CURRENT ASSETS:** | | |
| Long-term restricted bank deposits | 1,789 | 2,696 |
| Property and equipment, net | 2,563 | 3,838 |
| Deferred costs | 5,025 | 4,713 |
| Deferred tax assets | 689 | 1,364 |
| Deferred offering costs | 730 | - |
| Operating lease assets | - | 19,186 |
| Other non-current assets | 372 | 1,240 |
| **Total non-current assets** | **11,168** | **33,037** |
| **Total assets** | **47,133** | **179,548** |

**TUFIN SOFTWARE TECHNOLOGIES LTD.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited, U.S. dollars in thousands)**

| | December 31, 2018 | June 30, 2019 |
|---|---:|---:|
| **LIABILITIES, REDEEMABLE CONVERTIBLE PREFERRED SHARES AND SHAREHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES:** | | |
| Current maturities of long-term loan | 222 | - |
| Trade payables | 3,096 | 4,930 |
| Employee and payroll accrued expenses | 9,976 | 9,455 |
| Other accounts payables | 4,890 | 1,680 |
| Operating lease liabilities – current | - | 1,661 |
| Deferred revenues | 18,172 | 24,340 |
| **Total current liabilities** | **36,356** | **42,066** |
| **NON-CURRENT LIABILITIES:** | | |
| Long-term deferred revenues | 13,292 | 15,631 |
| Non-current operating lease liabilities | - | 20,084 |
| Other non-current liabilities | 732 | 800 |
| **Total non-current liabilities** | **14,024** | **36,515** |
| **Total liabilities** | **50,380** | **78,581** |
| **COMMITMENTS AND CONTINGENCIES** | | |
| **REDEEMABLE CONVERTIBLE PREFERRED SHARES:** | | |
| Series A preferred shares of NIS 0.015 par value: 10,000,000 preferred shares authorized at December 31, 2018 and zero at June 30, 2019; 7,592,803 preferred shares issued and outstanding at December 31, 2018 and zero at June 30, 2019; | 5,073 | - |
| Series B preferred shares of NIS 0.015 par value: 3,333,333 preferred shares authorized at December 31, 2018 and zero at June 30, 2019; 2,668,333 preferred shares issued and outstanding at December 31, 2018 and zero at June 30, 2019; | 4,310 | - |
| Series C preferred shares of NIS 0.015 par value: 4,666,667 preferred shares authorized at December 31, 2018 and zero at June 30, 2019; 4,621,592 preferred shares issued and outstanding at December 31, 2018 and zero at June 30, 2019; | 12,416 | - |
| Series D preferred shares of NIS 0.015 par value: 1,534,021 preferred shares authorized at December 31, 2018 and zero at June 30, 2019; 1,534,021 preferred shares issued and outstanding at December 31, 2018 and zero at June 30, 2019 | 4,900 | - |
| **TOTAL REDEEMABLE CONVERTIBLE PREFERRED SHARES** | **26,699** | **-** |
| **SHAREHOLDERS' DEFICIT:** | | |
| Ordinary shares of NIS 0.015 par value; 52,666,712 and 150,000,000 shares authorized at December 31, 2018 and June 30, 2019, respectively; 8,265,988 and 34,039,741 shares issued and outstanding at December 31, 2018 and June 30, 2019; | 30 | 140 |
| Additional paid-in capital | 10,337 | 153,802 |
| Accumulated deficit | (40,313) | (52,975) |
| **TOTAL SHAREHOLDERS' EQUITY (DEFICIT)** | **(29,946)** | **100,967** |
| **TOTAL LIABILITIES, REDEEMABLE CONVERTIBLE PREFERRED SHARES AND SHAREHOLDERS' EQUITY** | **47,133** | **179,548** |

# TUFIN SOFTWARE TECHNOLOGIES LTD.
## CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
### (Unaudited, U.S. dollars in thousands, except per share amounts)

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2018 | June 30, 2019 | June 30, 2018 | June 30, 2019 |
| Revenues: | | | | |
| Product | 8,308 | 10,897 | 16,730 | 21,520 |
| Maintenance and professional services | 10,214 | 14,204 | 19,692 | 26,035 |
| Total revenues | 18,522 | 25,101 | 36,422 | 47,555 |
| Cost of revenues: | | | | |
| Product | 344 | 1,001 | 1,001 | 1,530 |
| Maintenance and professional services | 2,526 | 3,902 | 5,101 | 7,411 |
| Total cost of revenues | 2,870 | 4,903 | 6,102 | 8,941 |
| Gross profit | 15,652 | 20,198 | 30,320 | 38,614 |
| Operating expenses: | | | | |
| Research and development | 5,004 | 7,464 | 9,674 | 13,967 |
| Sales and marketing | 11,896 | 17,152 | 21,043 | 30,752 |
| General and administrative | 1,201 | 3,289 | 2,298 | 5,877 |
| Total operating expenses | 18,101 | 27,905 | 33,015 | 50,596 |
| Operating loss | (2,449) | (7,707) | (2,695) | (11,982) |
| Financial expense, net | (244) | (277) | (356) | (237) |
| Loss before taxes on income | (2,693) | (7,984) | (3,051) | (12,219) |
| Taxes on income | (366) | (230) | (734) | (443) |
| Net loss | (3,059) | (8,214) | (3,785) | (12,662) |
| Basic and diluted net loss per ordinary share | (0.38) | (0.26) | (0.47) | (0.64) |
| Weighted average number of shares used in computing net loss per ordinary share, basic and diluted | 8,039 | 31,164 | 8,019 | 19,723 |

**Share-based Compensation Expense:**

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2018 | June 30, 2019 | June 30, 2018 | June 30, 2019 |
| Cost of revenues | 194 | 311 | 305 | 546 |
| Research and development | 225 | 477 | 316 | 615 |
| Sales and marketing | 350 | 1,511 | 517 | 2,000 |
| General and administrative | 50 | 344 | 103 | 574 |
| Total share-based compensation expense | **819** | **2,643** | **1,241** | **3,735** |

**TUFIN SOFTWARE TECHNOLOGIES LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited, U.S. dollars in thousands)**

| | Six Months Ended | |
|---|---|---|
| | June 30, | |
| | 2018 | 2019 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net loss | (3,785) | (12,662) |
| **Adjustment to reconcile net loss to net cash provided by (used in) operating activities:** | | |
| Depreciation | 272 | 587 |
| Bad debt expense | - | 31 |
| Compensation related to options granted to employees | 1,241 | 3,735 |
| Other | 259 | (255) |
| **Change in operating assets and liability items:** | | |
| Accounts receivable | (3,905) | 1,560 |
| Prepaid expenses and other current assets | (550) | 468 |
| Deferred costs | (148) | 424 |
| Deferred taxes and other non-current assets | (31) | (1,522) |
| Trade payables | 413 | 1,556 |
| Employee and payroll accrued expenses | (2,294) | (521) |
| Other accounts payable and non-current liabilities | (628) | (2,233) |
| Operating lease | - | 1,860 |
| Deferred revenues | 14,867 | 8,507 |
| Net cash provided by operating activities | 5,711 | 1,535 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Purchase of fixed assets | (629) | (1,584) |
| Other investing activities | 7 | (21) |
| Net cash used in investing activities | (622) | (1,605) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Proceeds from initial public offering, net of underwriters' discounts | - | 115,292 |
| Payments of offering costs related to initial public offering | - | (2,322) |
| Proceeds from exercise of stock options | 119 | 201 |
| Payment of long-term loan | (333) | (222) |
| Net cash provided by (used in) financing activities | (214) | 112,949 |
| **Effect of exchange rate changes on cash, cash equivalents and restricted cash** | (275) | 262 |
| **INCREASE IN CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | 4,602 | 113,141 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH AT BEGINNING OF PERIOD** | 15,620 | 17,598 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH AT END OF PERIOD** | 20,222 | 130,739 |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION:** | | |
| Property and equipment purchased but not yet paid | 120 | 278 |
| Unpaid offering costs | - | 382 |

**TUFIN SOFTWARE TECHNOLOGIES LTD.**
**RECONCILIATION OF GAAP MEASURES TO NON-GAAP MEASURES**
**(Unaudited, U.S. dollars in thousands)**

**Reconciliation of Gross Profit to Non-GAAP Gross Profit:**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2018 | June 30, 2019 | June 30, 2018 | June 30, 2019 |
| Gross profit | 15,652 | 20,198 | 30,320 | 38,614 |
| Plus: | | | | |
| Share-based compensation | 194 | 311 | 305 | 546 |
| Non-GAAP gross profit | 15,846 | 20,509 | 30,625 | 39,160 |

**Reconciliation of Operating loss to Non-GAAP Operating loss:**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2018 | June 30, 2019 | June 30, 2018 | June 30, 2019 |
| Operating loss | (2,449) | (7,707) | (2,695) | (11,982) |
| Plus: | | | | |
| Share-based compensation | 819 | 2,643 | 1,241 | 3,735 |
| Non-GAAP Operating loss | (1,630) | (5,064) | (1,454) | (8,247) |

**Reconciliation of Net loss to Non-GAAP Net loss:**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2018 | June 30, 2019 | June 30, 2018 | June 30, 2019 |
| Net loss | (3,059) | (8,214) | (3,785) | (12,662) |
| Plus: | | | | |
| Share-based compensation | 819 | 2,643 | 1,241 | 3,735 |
| Non-GAAP Net loss | (2,240) | (5,571) | (2,544) | (8,927) |
| | | | | |
| Non-GAAP net income per share | | | | |
| Basic and diluted | (0.28) | (0.18) | (0.32) | (0.45) |
| | | | | |
| Weighted average number of shares | 8,039 | 31,164 | 8,019 | 19,723 |