# EXHIBIT F

**S&P Global**
Market Intelligence

# Tufin Software Technologies Ltd.
## NYSE:TUFN
# Guidance/Update Call
## Wednesday, January 08, 2020 10:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................... | 3 |
| Presentation | ................................................................................... | 4 |
| Question and Answer | ................................................................................... | 6 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Jack Wakileh**
*Chief Financial Officer*

**Reuven Kitov**
*CEO, Co-Founder & Chairman of
the Board*

**Ryan Burkart**
*Director of Investor Relations*

## ANALYSTS

**Andrew King**
*Dougherty & Company LLC,
Research Division*

**Andrew James Nowinski**
*D.A. Davidson & Co., Research
Division*

**Jonathan Frank Ho**
*William Blair & Company L.L.C.,
Research Division*

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

**Robbie David Owens**
*Piper Sandler & Co., Research
Division*

**Saket Kalia**
*Barclays Bank PLC, Research
Division*

**Shaul Eyal**
*Oppenheimer & Co. Inc., Research
Division*

**Sterling Auty**
*JP Morgan Chase & Co, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Ladies and gentlemen, thank you for standing by, and welcome to the Tufin Q4 2019 Preliminary Results Conference Call. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Mr. Ryan Burkart, Director of Investor Relations. Thank you. Please go ahead.

## Ryan Burkart
*Director of Investor Relations*

Thank you, operator. Thank you, everyone, for joining us today to review our selected preliminary fourth quarter 2019 results. This call is intended to provide some perspective on our selected results for the quarter based on preliminary information. Additional details will be provided during our Q4 2019 earnings conference call scheduled for February 13 at 8:30 a.m. Eastern Time. With me on the call today are Ruvi Kitov, our Chief Executive Officer; and Jack Wakileh, our Chief Financial Officer.

Before we begin, I'd like to remind everyone that any statements made on today's conference call that express a belief, expectation, projection, forecast, anticipation or intent regarding future events and the company's future performance may be considered forward-looking statements as defined by the Private Securities Litigation Reform Act. These forward-looking statements are based on information available to Tufin's management team as of today, and involve risks and uncertainties, including those noted in today's press release and Tufin's filings with the SEC. Such forward-looking statements are not guarantees of future performance. Actual results may differ materially from those projected in the forward-looking statements.

Tufin specifically disclaims any intent or obligation to update these forward-looking statements, except as required by law. Also, please note that financial information provided is preliminary and is subject to change based on the completion of our quarter and year-end review process. A telephone replay of this call will be available shortly after its completion. You'll find the dial-in information in today's press release. The archived webcast will also be available on our website at tufin.com.

With that, I'll turn the call over to Tufin's CEO and Cofounder, Ruvi Kitov.

## Reuven Kitov
*CEO, Co-Founder & Chairman of the Board*

Thanks, Ryan. Good afternoon, everyone, and thank you for joining the call on short notice. We're here to discuss our preliminary fourth quarter 2019 results, which were released about an hour ago. We're disappointed to report that we expect our revenue to fall short of the guidance we provided in November. And as a result, we expect our non-GAAP operating loss will be higher than the guidance that we provided. The primary reason for our revenue shortfall was our inability to close a number of transactions, primarily in North America, that we anticipated would close but did not close by the end of the quarter.

As we have discussed previously, we operate a perpetual license model focused on large enterprises. Much of our revenue is comprised of complex deals that tend to close at the very end of the quarter, especially at year's end. We are still in the early stages of growth, and deferral of a number of deals can have a meaningful impact on our results. This creates an inherent risk in every quarter, which we have previously discussed. Some of the shortfall was due to normal course timing risk, as I just described. However, we believe the primary driver was weaker-than-expected sales execution, predominantly in North America. We did not enjoy the same success rate in the fourth quarter as we had enjoyed historically in prior quarters based on similar preliminary information available.

We wanted to provide you with this information as quickly as possible, even though we are still in the process of analyzing the quarter. We have begun a rigorous analysis of the shortfall to determine the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

steps needed to improve sales execution and drive stronger results. It's important to note that based on the information available to us, we believe the vast majority of the deals that did not close as previously expected in the quarter were not lost to competitors and have moved into our pipeline in 2020, and we're actively working on closing them. Our pipeline heading into 2020 is very healthy relative to the same time in 2019.

I also have an update on our cloud business. I'm happy to report that we booked our first deal for both Orca and Iris. This customer is a large retailer in Europe, and they have been testing the products for some time. I'm very excited about the validation that this first deal brings, and we are on track to make our cloud-native products generally available to all customers in the first quarter of next year -- of this year.

Stepping back, while I'm disappointed with our execution in the fourth quarter of 2019, I remain confident in the large opportunity ahead of us over the next several years and the value that we bring to our customers. Networks continue to become more and more complex and the trend toward policy automation and increased business agility is unrelenting. Together, these trends are driving strong demand for policy-centric solutions such as ours. We remain well positioned to pursue the significant opportunity ahead of us.

With that, I'll turn the call over to Jack Wakileh to review our preliminary revenue and non-GAAP operating loss estimates. Jack?

**Jack Wakileh**
*Chief Financial Officer*

Thanks, Ruvi, and good afternoon, everyone. On a preliminary basis, total revenue for the fourth quarter of 2019 is expected to be in the range of $29.5 million to $30.1 million compared to our previous guidance of $34 million to $38 million. The vast majority of our shortfall relative to our prior guidance came from new business. While our weakness in closing the quarter was attributed primarily to North America closing below our expectations, North America was responsible for more than half of our revenues in the quarter.

Non-GAAP operating loss is expected to be in the range of $1.1 million to $2.6 million. This compares to our previous guidance for non-GAAP operating profit between $0 to $3 million for the quarter. Our non-GAAP numbers exclude stock-based compensation expense as well as expenses associated with our secondary offering closed in the fourth quarter. Please note that the GAAP to non-GAAP reconciliation will be provided with our full quarterly release in February. As a reminder, these fourth quarter results are preliminary and are subject to change based on the completion of our quarter and year-end review processes. We will provide our financial results, guidance for the first quarter and full year of 2020 on our quarterly earnings conference call scheduled for February 13.
With that, we would like to open the call for questions. Operator?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question will come from the line of Sterling Auty of JPMorgan.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Looks like with the number of deals that actually slipped, can you give us a sense, are we talking 1 or 2 or 7 or 8, just a magnitude of the number of deals slipping?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

Sterling, so we're not going to discuss the specific number of deals that slipped. Obviously, it was higher than normal. But once again, the vast majority of these deals remain in our pipeline in 2020, and we're actively pursuing them.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

And then any sense of -- you mentioned sales execution in the quarter, anything that you've been able to go back to glean in terms of those customers saying that either they didn't want to spend or reprioritizing projects and maybe doing something else? What, if any, rationale did they give for not signing and finalizing contracts?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

So when I'm looking at why deals didn't close, it's -- we're looking at sales execution primarily and not -- I don't see any trends on the customer side of changes in buying patterns or behavior. What we're seeing is within specific deals, every deal has its own reason why it's not closing, but it is not due to a change in customer behavior.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

And then, maybe just a final one, I'll get back in the queue. When you talk about that in terms of sales execution, can you give us an example, maybe in one of the instances, what it is that you mean by sales execution in these instances?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

Sure. I think it's better maybe to talk about it in the broader sense. In this fourth quarter, we essentially had lower conversion ratios on our pipeline. So when we had our forecast that we use for the guidance, we have a certain number of deals and commit a certain number of deals in the best case, we have the conversion ratios that we would expect. Obviously, those conversion ratios were not the same as they were historically, which we use for the guidance. When we started digging now in the past few days into what exactly happened on individual deals, one thing that we see is that we simply had a record number of deals that were complex and large and that we're managing them on multiple fronts. So the processes that worked well up to now in the past few quarters, it didn't work well in this quarter. We're looking at multiple things that we would need to fix within our sales processes, and we're still analyzing everything that needs to be done. One thing that we have identified is an opportunity to strengthen our sales operations. So we're going to create a VP of Sales Operations function that will be in charge of sales metrics, analytics, sales process and sales enablement. I think that's going to be especially helpful going forward as the number of large deals that we manage in a given quarter increases. So...

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Understood.

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

I think that's perhaps the best known on processes and execution.

**Operator**

Our next question comes from the line of Saket Kalia of Barclays Capital.

**Saket Kalia**
*Barclays Bank PLC, Research Division*

Ruvi, maybe just to start with you. So understood on the sales execution, but maybe just thinking more broadly, has anything changed in the firewall market that's perhaps contributing to this quarter's performance view -- in your view? And whether that means a different market share rates changes or perhaps different form factors. I know I'm just kind of throwing out some ideas there. But I guess, I'm just kind of curious, is there -- are there any other things in the market that you feel perhaps contributed to the quarter's performance?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

I don't see anything in the market that was contributing. And when we look at even geographically, in terms of demand, most of the challenges we had were in North America, where the U.S. actually has a strong economy at this point. I think other companies that had issues usually had them regionally in other territories. So for us, I think it's isolated to North America and to the expansion that we've had in North America, but it's -- I don't see a trend in the demand. I think the demand is very high. Customers really need the products. And I think that's actually reflective in the pipeline. What we mentioned is that we have a much larger pipeline at this time than we did last year, including a 50% increase in 7-figure deals in the qualified pipeline, at this point, when I compare it to the exact same time last year across the board. And I think that's an indication to me of healthy demand overall. So I don't see it related to firewalls or anything else that's in the macro environment.

**Saket Kalia**
*Barclays Bank PLC, Research Division*

Got it. That's helpful. Maybe for my follow-up for you, Jack, I know that we aren't breaking out -- aren't giving detailed financials. But can you just maybe speak to billings at all in the quarter? Anything that you would call out just in terms of changes in maintenance duration or professional services, anything beyond sort of the -- what presumably is a license revenue delta and, therefore, license billings delta. Anything else that would impact billings beyond license that felt different to you in the quarter?

**Jack Wakileh**
*Chief Financial Officer*

Well, to start with the way the quarter closed, so obviously that what we were surprised with and what disappointed us was the not closing new business, new deals. So that's primarily going to go to the product, and you have your models and probably understand that, that most of the business that did not close is primarily product. So that's on this piece. And generally, on billings, and I think we discussed this in the past earnings calls, I think you pointed out the 2 main factors that should be considered when looking at billings, and this is why we're focused on revenues and not on billings. But having asked that, Saket, yes, the one thing is the fact that professional services now is creating some backlog and not necessarily invoiced. So we're already familiar with that. We've been communicating that over the past quarters.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then the second part, you're correct, we have experienced, in 2020, a significant reduction in multiyear maintenance. So if you're looking at the deals we closed this year over the year, you will realize that the number of deals and also in terms of amounts that carry year 2 and year 3 of maintenance with them upfront has significantly go down.

**Saket Kalia**
*Barclays Bank PLC, Research Division*

Got it. If I could just sneak one last one in here, maybe back to you, Ruvi. It's an open-ended one. What sort of gives you the confidence that this is not competitive?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

It's a good question. When we're looking at -- when salespeople report back, and they say, okay, this deal slipped, obviously the first question is what happened, and we're analyzing all the big deals that slipped. So when some -- when we lose to competitors, we know that we've lost to competitors. And so we know what is the win loss ratio, and that has not changed. So from everything that we're seeing and the announcement that we've done in the last few days, this is not a competitive trend.

**Operator**

Our next question will come from the line of Shaul Eyal of Oppenheimer.

**Shaul Eyal**
*Oppenheimer & Co. Inc., Research Division*

I know you talked about trends in America that's providing the majority of the weakness. Can you talk to us about trends taking place in Europe? And also, Ruvi or Jack, can you address -- can you talk about pricing trends during the quarter? Have you seen the typical dynamics from a pricing perspective towards the end of the quarter? Was there anything excessive?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

So Shaul, I'll take the first question. On geographic distribution, as it relates to Europe and APAC, I would characterize those regions as okay, largely in line with our expectation, but not especially strong. Some of the same sales execution issues that hurt North America impacted those markets as well, but not nearly as significantly.

**Shaul Eyal**
*Oppenheimer & Co. Inc., Research Division*

Got it. And with respect to pricing dynamics?

**Jack Wakileh**
*Chief Financial Officer*

Yes. So this is Jack. Shaul, maybe I'll add a little bit more to Ruvi's comment. So while talking about North America, and I think we mentioned that in the prepared remarks, when you're looking at the total business, while the weakness came from the Americas, bear in mind that Americas is still more than half of our revenues, I think I said it before.

Moving to the pricing question, no, we have not seen any change in behavior in pricing. Like we said, when we're looking at this disappointment, we're looking at the last piece of the quarter, actually of December. So it's something that really came at the end. Up to then, there was regular pricing patterns just as we still have.

**Operator**

Your next question will come from the line of Brent Thill of Jefferies.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

This is Joe on for Brent. Thanks for the question. I unfortunately dropped off for 1.5 minutes due to technical difficulties, hopefully hasn't been covered. But were there any specific verticals within the U.S. or geos within the U.S. that were reasons of weakness? And I believe, Jack, you just said that this is mostly net new logos versus the expansion side of the business.

**Jack Wakileh**
*Chief Financial Officer*

No, I'm not sure I said that. That's why when we're looking and Ruvi said -- talked about execution as being -- I mean, factor in this disappointment. So think of execution that's across the board. We had a fair mix of new logos and existing logos for that part.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

Okay. And that was a...

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

Again, in some cases -- I guess that your first part of your question was around specific regions or verticals. No, it's not related to a specific vertical or a specific region in North America.

**Joseph Anthony Gallo**
*Jefferies LLC, Research Division*

Okay. And then was this all core Tufin suite related? I think Iris and Orca are GA now. Were those included in any of these deals that might have elongated the deal cycle time?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

No, I don't think Iris, Orca elongated the sales cycle. They weren't part of these deals. These were SecureTrack, SecureChange and SecureApp deals.

**Operator**

Your next question will come from the line of Andrew Nowinski of D.A. Davidson.

**Andrew James Nowinski**
*D.A. Davidson & Co., Research Division*

So I had a question. So a number of vendors already guided lower for Q4 because they were concerned with deals slipping out of the quarter due to the timing of the holiday season. And I'm wondering are you certain that it wasn't just a matter of the way the holidays fell this year that caused some deals to slip versus sales execution? Vendors like Proofpoint already guided their billings lower to factor that in because if deals weren't closed before Christmas, it likely wasn't going to happen before the end of the year.

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

We based our guidance on the forecast that we had and the holidays come in different times in different quarters. And we look at conversion ratios across the board. If the conversion ratios on the commit and best case deals would have held to what they were in previous quarters, then we would not have missed the guidance.

**Andrew James Nowinski**
*D.A. Davidson & Co., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then in terms of -- if the deals slip, I know you -- it sounds like you specifically mentioned that your 2020 pipeline, but you're not talking about your Q1 pipeline. Is that -- are we -- is it right to interpret that as you're not anticipating these deals that slipped to actually close in Q1 then?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

We're working on these deals diligently. Some of them are in Q1, some of them in Q2. It's too early to tell, I think, at this point how Q1 will shape up. We'll provide guidance for Q1 when we report our full results in February.

**Andrew James Nowinski**
*D.A. Davidson & Co., Research Division*

Okay. Last question for me, I guess. I know you just said that you're going to give guidance for Q1 on the next call, but given that some deals did slip, can you at least just tell us what was the normal seasonality for product revenue? It looks like it declines historically in the 38% to 39% range sequentially in Q1. Given the deal slippage, is it fair to assume that your sequential decline in product revenue would be better than normal seasonality in Q1?

**Jack Wakileh**
*Chief Financial Officer*

So this is Jack. I'll take that. Again, like Ruvi said, guidance, in general, we're going to address that in the mid-February when we come up with our full results. So I'm not sure I can refer to that because that's a general question on guidance. And as Ruvi said, we're going to continue looking at what happened in those deals and just be more responsible before we come back in mid-February and give you the answer. But you're right, in general, that products are slower as part of total revenues for the first quarter and they tend to rise and be the majority towards Q4.

**Operator**

Your next question will come from the line of Jonathan Ho of William Blair.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

I just wanted to maybe follow up on that last line of questioning. How do we think about some of the sales execution challenges? And how quickly you can correct them? And as we start to adjust our models for 2020, how does this impact your ability to maybe forecast the full year? Shouldn't analysts really be taking a little bit more of a conservative stance here?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

So we're -- overall, we're seeing strong market demand. Our pipeline is healthy, and we're working hard to resolve all the execution issues that we've had. So they all resulted at the end of the day in conversion rates. I expect them to recover to what they've been in the past because we were surprised by this at the end of December, and we're still analyzing things. I don't have an exact time line on when that will occur. But I can tell you that it's a primary focus for us right now to make sure that we fix these issues and do it as quickly as possible.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Got it. And then in some instances in the past, I think some deals have been tied to hardware as well and maybe the ability to ship hardware to customers. Did that impact the quarter at all or any of the deals that were maybe pushed out slightly?

**Jack Wakileh**
*Chief Financial Officer*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So that's not a significant impact, that's minor. Also in the past, wasn't -- that didn't have an impact. Obviously, it's pushed. But for Q4, I wouldn't look at this as a significant factor.

**Operator**

Your next question comes from the line of Rob Owens of Piper Sandler.

**Robbie David Owens**
*Piper Sandler & Co., Research Division*

If you were to look at the composition of your pipeline, how much more big deal related is that now versus, say, if we were to look at the past year or even the fourth quarter a year ago? Or even to put the question differently, if you were to look at the texture of the fourth quarter, you were expecting it to come in, how much more big deal-centric is it now versus where it was in the prior year?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

So I think I've answered that in some way in the previous question, so the pipeline in 2020 is much larger than it was same time last year with a 50% increase in 7-figure deals in the qualified pipeline at this point. So there is a significant increase in the number of large deals. I think also when we talked about variability in the past, so let's step back for a moment from a single quarter, look at our business model as a whole, the more big deals we have and the more scale we get, the lower the variability will be over time. Obviously, we suffered from variability right now in this Q4 of 2019. But I'm looking at the number of large deals that we have in the pipeline as a healthy signal for the future.

**Operator**

Your next question comes from the line of Sterling Auty from JPMorgan.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Yes. Just one follow-up from my side. You had mentioned the complexity of the deals. I'm just wondering are the newer large deals now requiring additional sign-offs or approvals from multiple parts of an organization? What exactly is the increased complexity that you're seeing in these deals versus the past?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

So I think it's -- when we spoke about that, it's not that the complexity of a specific deal, let's say, a 7-figure deal that is typical. It's today more complex than it was in the past. I think that's fairly standard and pretty much the same as it was. We are in the realm of complex large deals and long sales cycles. That's the world we're living in. What we're having -- because it's the biggest quarter we've had ever, we had a record number of these complex deals that we have to deal with all at once. We're now -- we took a few days to analyze what happened in the fourth quarter, and why specifically North America, right? So that's because North America is a strong -- stronger economy, at least on the face of it. One of the answers that we're seeing when we look back is that we didn't have the scale in hindsight in the organization that was required in order to manage this number of large complex deals. And what worked for us in the past and seemed to be working for multiple quarters didn't work in this quarter. Some of the things that we're doing is adding more line managers. So we're going to open headcount and add more people to essentially have a better span of control of management. I mentioned already the sales operation aspect that we decided to invest in. All of those things should enable us to have better control and inspection of every significant deal in the pipeline and making sure that all the steps in the sales process are followed the way they should be.

**Operator**

[Operator Instructions] Your next question comes from the line of Andrew King of Dougherty & Company.

**Andrew King**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Dougherty & Company LLC, Research Division*

So with you mentioning that as you bring on more of these larger deals, you'll start to see a little bit more of a flattening in the quarter-over-quarter growth and less seasonality. Is that due to the buying pattern of these larger organizations? And can you just talk a little bit about the buying patterns you're seeing currently?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

I don't think it's due to the buying patterns. I think it's just larger numbers. When you have a limited number of deals, then obviously, there's variability because it's enough that several of these big deals go south due to low probability events and that might have a significant impact and have strong variability. And when you eventually have dozens of them, then that's -- it's easier to rationalize and some might slip, but others will cover for it. So I think that's what we mean by the scale as we scale up and have more and more large deals. I don't know if that covers your question or not.

**Andrew King**
*Dougherty & Company LLC, Research Division*

So what you're saying, you won't see any change in the seasonality with your revenue where you're seeing it spike in Q4, quarter-over-quarter, correct?

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

I think that Q4 will be our largest quarter for a long time. I don't expect that to change. Yes, I think that's going to continue.

**Operator**

There are no further questions at this time. I will turn the call back over to the presenters.

**Reuven Kitov**
*CEO, Co-Founder & Chairman of the Board*

All right. Thanks again for joining us today. Just in closing, I'd like to say that while we are disappointed with our fourth quarter results, we will take the necessary steps to fix things. And I remain very optimistic about the market need for policy automation and our long-term prospects. Thank you very much.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.