**WHITE & CASE**

**VIA ECF**

August 17, 2021

The Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

**Re**:    *In re Tufin Software Technologies Ltd. Securities Litigation*, **1:20-cv-05646-GHW**

Dear Judge Woods:

We represent Defendants in the above-referenced action.  Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants respectfully request a one-week extension of the date to file their reply brief in support of their Motion to Dismiss (Dkt. Nos. 61-63), which would otherwise be due on August 18, 2021.  This is the first request for extension of time in connection with this motion to dismiss.  The reason for the request is a happy one— in recent days, a bit before expected, Defendants' primary counsel delivered a happy and healthy baby boy. Plaintiff's counsel has graciously consented to the request.

We recognize that the circumstances are such that we are making this request one business day before the original due date, rather than the two contemplated under Your Honor's rules.  We thank the Court very much for its consideration.

Respectfully submitted,

**Kimberly A. Havlin**

**T** +1 (212) 819-8683
**E** kim.havlin@whitecase.com