**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW |
| | Hon. Gregory H. Woods |
| | <u>CLASS ACTION</u> |

**DECLARATION OF MATTHEW W. PRIMOZICH IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION**

I, Matthew W. Primozich, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed the Second Amended Complaint against Tufin Software Technologies Ltd. ("Tufin" or the "Company"), as well as Plaintiffs' Motion for Class Certification and Memorandum of Law in Support, and authorize the filing of the latter motion on my behalf for appointment as class representative.

2.    I did not purchase or acquire Tufin securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

3.    I am willing to serve as a class representative on behalf of a Class of investors who purchased Tufin ordinary shares in or traceable to both the IPO and SPO pursuant to their respective Offering Documents, as specified in the Second Amended Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate class representative in this action.

4.    To the best of my current knowledge, the attached sheet lists all my transactions in Tufin ordinary shares in or traceable to both the IPO and SPO pursuant to their respective Offering Documents.

5.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

7.    I declare under penalty of perjury that the foregoing is true and correct.

Executed:    2/7/2023    , Eden Prairie, Minnesota

DocuSigned by:

*Matt Primozich*

58EF60895E22428...

Matthew W. Primozich

# EXHIBIT 1

**Tufin Software Technologies Ltd. (TUFN)**                                    **Matthew Primozich**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/22/2019 | Purchase | 2000 | $24.4290 |
| 7/22/2019 | Purchase | 1619 | $23.5999 |
| 7/22/2019 | Purchase | 1600 | $24.4800 |
| 7/22/2019 | Purchase | 1400 | $23.1500 |
| 7/22/2019 | Purchase | 400 | $23.1200 |
| 7/22/2019 | Purchase | 400 | $24.4200 |
| 7/22/2019 | Purchase | 300 | $23.5300 |
| 7/22/2019 | Purchase | 200 | $23.1300 |
| 7/22/2019 | Purchase | 81 | $23.5500 |
| 7/23/2019 | Purchase | 1400 | $20.0757 |
| 7/23/2019 | Purchase | 746 | $22.8500 |
| 7/23/2019 | Purchase | 449 | $22.8200 |
| 7/23/2019 | Purchase | 300 | $22.8132 |
| 7/23/2019 | Purchase | 200 | $22.0681 |
| 7/23/2019 | Purchase | 200 | $22.0729 |
| 7/23/2019 | Purchase | 162 | $22.8600 |
| 7/23/2019 | Purchase | 100 | $22.0720 |
| 7/23/2019 | Purchase | 100 | $22.0732 |
| 7/23/2019 | Purchase | 100 | $22.8100 |
| 7/23/2019 | Purchase | 100 | $22.8050 |
| 7/23/2019 | Purchase | 100 | $22.8800 |
| 7/23/2019 | Purchase | 43 | $22.9000 |
| 8/2/2019 | Purchase | 1506 | $20.7019 |
| 8/2/2019 | Purchase | 300 | $20.6721 |
| 8/2/2019 | Purchase | 100 | $20.6704 |
| 8/2/2019 | Purchase | 94 | $20.6919 |
| 8/13/2019 | Purchase | 2000 | $18.1323 |
| 8/14/2019 | Purchase | 800 | $17.1712 |
| 9/13/2019 | Purchase | 500 | $17.7900 |
| 9/13/2019 | Purchase | 200 | $17.7550 |
| 9/13/2019 | Purchase | 100 | $17.7700 |
| 3/19/2020 | Sale | (800) | $6.8966 |
| 3/19/2020 | Sale | (100) | $6.7300 |
| 3/19/2020 | Sale | (100) | $6.7350 |
| 3/19/2020 | Sale | (200) | $6.7340 |
| 3/19/2020 | Sale | (300) | $6.7500 |
| 3/19/2020 | Sale | (800) | $6.7400 |
| 3/19/2020 | Sale | (6,500) | $6.8050 |
| 3/19/2020 | Sale | (8,000) | $6.7737 |
| 3/24/2020 | Sale | (800) | $7.3214 |