# MEMORANDUM ENDORSED

April 17, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re Tufin Software Technologies Ltd. Securities Litigation*, No. 1:20-cv-05646-GHW

Dear Judge Woods:

This letter is filed jointly on behalf of all parties pursuant to Rule 1(E) of your Honor's Individual Practices to request an adjournment *sine die* of all deadlines in this matter in light of the parties' pending settlement agreement.

As the Court is aware, on April 11, 2023, the parties reached an agreement in principle to settle this matter. The parties are currently working toward a mutually acceptable long form Stipulation and Settlement Agreement which will be submitted for the Court's approval. The parties expect that it will take several weeks to finalize all terms of the Stipulation and Settlement Agreement, including the form of notice required to be provided to class members.

Accordingly, to facilitate the parties' settlement negotiations and conserve the resources of the Court and the parties, the parties respectfully request an adjournment *sine die* of all outstanding deadlines in this action. This request includes the deadlines for briefing on Plaintiffs' motion for class certification (*see* ECF No. 90) and all outstanding deadlines in the scheduling order entered on March 14, 2023 (ECF No. 98).

This is the parties' first request for an adjournment *sine die* of all deadlines in light of a pending settlement agreement. The parties previously requested, and were granted, two brief extensions of discovery in order to allow the parties to participate in mediation. *See* ECF Nos. 82 & 98.

Respectfully submitted,

| | |
|---|---|
| *s/ Adam M. Apton* | *s/ Susan L. Grace* |
| Nicholas I. Porritt | Glenn M. Kurtz |
| Adam M. Apton | Kim A. Havlin |
| **LEVI & KORSINSKY, LLP** | Susan L. Grace |
| 55 Broadway, 4th Floor | **WHITE & CASE LLP** |
| New York, New York 10006 | 1221 Avenue of the Americas |
| T: (212) 363-7500 | New York, New York 10020 |
| nporritt@zlk.com | T: (212) 819-8200 |
| aapton@zlk.com | gkurtz@whitecase.com |
| | kim.havlin@whitecase.com |
| *Counsel for Lead Plaintiff Mark Henry* | susan.grace@whitecase.com |
| *and Lead Counsel for the Class* | |
| | *Attorneys for Defendants* |

Patrick V. Dahlstrom
Christopher P.T. Tourek
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
ctourek@pomlaw.com

Phillip Kim
Laurence M. Rosen
Brent LaPointe
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt*
*Primozich and William J. Allen*

The parties' request for a stay of the proceedings and all existing deadlines *sine die* is granted. Accordingly, the Court considers the pending motion at Dkt. No. 91 withdrawn by the parties. The parties may refile that motion after the stay is lifted if the parties have not sought dismissal of this action by then.  The parties are directed to file a joint letter no later than June 17, 2023 informing the Court of the status of this matter.

The Clerk of Court is respectfully directed to note the stay of this action on the docket and to terminate the motions pending at Dkt. Nos. 91 and 99.

SO ORDERED.

Dated: April 17, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge