**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION

Master File No. 1:20-cv-5646-GHW

**PLAINTIFFS' NOTICE AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Hon. Gregory H. Woods

CLASS ACTION

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiff Mark Henry and Named Plaintiffs Matt Primozich and William J. Allen (collectively, "Plaintiffs") respectfully move this Court for an Order:

1. Granting preliminary approval of the proposed Settlement;

2. Approving the Plan of Allocation;

3. Approving the proposed form and manner of notice;

4. Certifying the proposed Class for purposes of the Settlement; and

5. Scheduling a Settlement Hearing.

This motion is based on this notice, the attached Memorandum of Law, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion. Plaintiffs also submit a proposed order granting the motion in its entirety.

//

//

//

1

DATED: July 12, 2023 **LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry and Lead Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice* application forthcoming)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
         ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
         lrosen@rosenlegal.com
         blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt Primozich and William J. Allen*