**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods |

### DECLARATION OF ARIELL D. BRANSON REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

I, Ariell D. Branson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney with the law firm White & Case LLP, resident in the firm's New York office, counsel for Defendants in the above-referenced action (the "Action"). I am admitted to practice in the State of New York. I make this declaration based upon my personal knowledge, and I am competent to testify to its contents.

2.     In accordance with the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), on July 24, 2023, which was within ten days of the date the proposed settlement of this Action was filed with the Court, I caused notice of the proposed settlement in the Action to be sent to the United States Attorney General and the appropriate state representative in each of the fifty states authorized to receive the CAFA notice. A copy of the notice is attached hereto as **Exhibit A**.

3.     The notices were mailed via Certified Mail and included copies of the following documents:

   a. The Complaint, Consolidated Complaint, and Amended Complaint filed in the Action (pursuant to 28 U.S.C. § 1715(B)(1));

   b. The Motion for Preliminary Approval of Class Action Settlement and the accompanying Memorandum of Law in Support, as well as the Stipulation and Agreement of Settlement and exhibits thereto (pursuant to U.S.C. § 1715(b)(3))-(5); and

c. The Court's Order regarding Plaintiffs' Notice and Motion for Preliminary Approval of Settlement (pursuant to 28 U.S.C. § 1715(b)(8)).

4. The CAFA notice advised that the Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement was submitted to the Court on July 12, 2023, and that the Court had not yet scheduled a hearing with respect to the motion (pursuant to 28 U.S.C. § 1715(b)(2)).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2023

*s/ Ariell D. Branson*
Ariell D. Branson
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
Email: ariell.branson@whitecase.com