**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE AND AMENDED MOTION**
**FOR PRELIMINARY APPROVAL OF SETTLEMENT**

For the reasons set forth in the accompanying Plaintiffs' Memorandum of Law in Support of Plaintiffs' Amended Motion for Preliminary Approval of Settlement, Plaintiffs respectfully request that the Court enter an Order:

1.   Granting preliminary approval of the proposed Settlement;

2.   Approving the Plan of Allocation;

3.   Approving the proposed form and manner of notice;

4.   Certifying the proposed Class for purposes of the Settlement; and

5.   Scheduling a Settlement Hearing.

Plaintiffs also respectfully request for an in-person hearing, should the Court wish to hold a hearing for Plaintiffs' Amended Motion for Preliminary Approval of Settlement. Plaintiffs have submitted a Proposed Order, attached as Exhibit A, for the Court's convenience.

DATED: August 8, 2023

**LEVI & KORSINSKY, LLP**


*/s/ Adam M. Apton*
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry
and Lead Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice* application forthcoming)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
        ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt Primozich
and William J. Allen*

## CERTIFICATE OF SERVICE

On August 8, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Adam M. Apton*
Adam M. Apton