# EXHIBIT 4

# PAUL MULHOLLAND
## (CURRICULUM VITAE)

Mr. Mulholland is the President and founder of Strategic Claims Services (SCS) in April of 1999.  SCS is a litigation support firm specializing in the administration of class action cases. SCS has administered over 525 class action settlements involving the distribution of over $3 billion in settlement/judgment funds, and the management of more than 3.5 million claims with mailings of notices to over 33 million potential class members.  For more information on SCS visit its website at **www.strategicclaims.net**.

From 1992 to 1999, Mr. Mulholland was Senior Vice President of Valley Forge Administrative Services, Inc.  Mr. Mulholland was responsible for overseeing all aspects preparation of damage/expert reports in class action matters and for claims processing and administration of class action settlements.   He also was responsible for areas of federal and state income taxes for settlement funds and for compliance with all treasury regulations.

From 1986 to 1992, Mr. Mulholland was Chief Financial Officer of Terramics Property Company, a Philadelphia-based regional commercial real estate company with a $150 million real estate portfolio.  He was responsible for asset management, financial reporting, budgets, bank and investor liaison, debt restructurings, refinancings, contract negotiations, tax matters, treasury functions and cash management.

From 1984 to 1986, Mr. Mulholland was Chief Financial Officer of American Health Systems, Inc., a $40 million (revenue) nursing home management company, and was responsible for financial reporting, taxation, budgeting, cash management, cost containment, risk management and regulatory reporting.

From 1980 to 1984, Mr. Mulholland was employed at Coopers & Lybrand.  He planned and directed audit engagements in a variety of industries, including preparation of financial statements, SEC reporting, and evaluation of internal accounting systems and supervision of staff accountants.

Mr. Mulholland holds a BS in Accounting from Wheeling University and is a Certified Public Accountant (inactive). He was an adjunct professor of accounting and finance at Neumann University and currently serves on its business advisory board.

PAUL MULHOLLAND
EXPERT TESTIMONY AND DEPOSITIONS

**Expert Testimony:**

| | |
|---|---|
| Celia L. Hale., et al., v. Wal-Mart Stores, Inc<br>Jackson County, Missouri<br>Case No. 01-CV-218710 (Division 1) | June 2008 |
| Jitendra V. Singh v. vCustomer Corporation, et al.<br>Eastern District of Pennsylvania<br>Civil Action No.  03-4439 | June 2004 |
| Barter v. Southmoore Golf Associates<br>(Common Pleas of Northhampton County (No. 199-C-1815) | March 21, 2000 and<br>March 22, 2000 |
| Pearl and Hoffman v. Geriatric & Medical Center, Inc (Eastern<br>District of Pennsylvania (No.92-CV-5113 and No.93-CV-2129) | March 1995 |

**Depositions:**

| | |
|---|---|
| Fosamax Products<br>Liability Litigation No. 1:06-MD-1789 (JFK)<br>(MDL No. 1789)<br>USDC for the Southern District of New York | June 14, 2007 |
| Aredia and Zometa Products<br>Liability Litigation No. 3:06-MD-1760<br>(MDL No. 1760)<br>USDC for the Middle District of Tennessee<br>at Nashville | May 31, 2007 |
| Jitendra V. Singh v. vCustomer Corporation, et al.<br>Eastern District of Pennsylvania<br>Civil Action No.  03-4439 | June 2004 |
| In Re: Curative Health Services, Inc. Securities Litigation<br>(Master File No. CV99-2074) United States District Court<br>Eastern District of New York | February 2002 |
| Pearl and Hoffman v. Geriatric & Medical Center, Inc (Eastern<br>District of Pennsylvania (No.92-CV-5113 and No.93-CV-2129) | January 1995 |

**Mediation Presentation:**

| | |
|---|---|
| Alibaba Group Holding Limited Securities Litigation<br>Civil Action 1:15-md-02361 (CN)<br>USDC Southern District of New York<br>Mediation Presentation to Honorable Layne R Phillips | March 2019 |

# SUMMARY

### SCS Experience and Qualifications

SCS has been in business since 1999. SCS has administered over 600 class action cases over the last 23 years including over 400 security cases including several settlements with the SEC.  SCS has handled over $3 billion in settlement funds.  SCS is considered one of the leading notice and claims administrator in the United States and has never had a claim filed against us in any manner. Please visit our website at www.strategicclaims.net.

### Quality Assurance

SCS has never had a claim filed against it.  This is the result of our strong quality control procedures.  For example, our database will insert the high and low trading prices and reported trading volume (adjusted for market maker trading or specialist trading) for each day in the class period and verify the information in the claims are within these parameters. Additional quality assurance steps include but are not limited to review of any unusual trading on claims; large claims using a P.O. Box as an address; large transactions by non-institutions claimants; review of suspicious documentation by claimants; follow-up phone calls to brokers to authenticate non-institutional purchasers; as well as various random sampling of claims for additional quality assurance review. SCS operates similar to large public accounting firm where a staff member, supervisor, manager and an executive all are involved in reviewing claims.  Our quality control department will then perform statistical sampling and other procedures in reviewing claims before signing off.  Besides setting up the database to detect inconsistencies, our fraud prevention procedures consists of several steps including a sampling of claims to verify the supporting documentation is authentic (i.e. contact brokers); performing a sampling of skip tracing to make sure that social security numbers and names are a proper match as well as other procedures.  In addition to our list of fraudulent claimants from other cases, we communicate with the FBI for any updated list of fraudulent claimants from previous cases.

SCS has a variety of security measures in place to ensure all personal information is kept safe and secure. These measures include, but are not limited to, SSL encryption of all data submitted through our website; internal monitoring of all computer usage by employees; live antivirus scanning of all files received/sent along with weekly updates and scanning of all servers and computers on our network; password protected and restricted access for employees working with personal data; use of a monitored and secure VPN for remote access; daily, weekly and monthly backups to secure offsite storage; and 24/7 notifications to immediately address any irregularities.