# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE TUFIN SOFTWARE
TECHNOLOGIES LTD. SECURITIES
LITIGATION

Master File No. 1:20-cv-5646-GHW

DECLARATION OF ZACHARY NYE, PH.D.

August 2, 2023

## I.    Background and Qualifications

1.    I am a financial economist and Vice President at Stanford Consulting Group, Inc. ("SCG").  Since 1981, SCG has provided economic research and expert testimony for business litigation, and regulatory and legislative proceedings.  All SCG professionals hold masters or doctoral degrees in business, economics, finance or operations research, and certain senior consultants have testified as experts in these fields.  I have an A.B. in Economics from Princeton University; an M.Sc. in Finance from the London Business School; and a Ph.D. in Finance from the Paul Merage School of Business at the University of California, Irvine.  I have co-authored academic research published in peer-reviewed conference proceedings, as well as working papers with finance faculty at various universities.  My research areas include the market efficiency of financial and derivative securities, volatility forecasting, risk management, financial econometrics, valuation and corporate finance.  I have previously served as an expert witness in matters involving securities litigation, as well as business and intellectual property valuation. My curriculum vitae, which includes my academic research, publications in the past ten years, and expert testimony in the preceding four years, is attached hereto as Exhibit 1.

2.    My current hourly rate is $990.  I have received assistance from individuals at SCG, who worked under my direction; their fees charged for this project are their standard hourly rates. Neither my compensation nor that of any individual at SCG is contingent on either my opinions set forth herein or the outcome of this litigation.

## II.    Scope of Engagement

3.    Over the course of this litigation, SCG has advised Plaintiffs' Counsel regarding potential recoverable damages from a financial standpoint.  Based upon SCG's prior work on this matter, I now have been asked by Counsel for Plaintiffs to opine on the estimated aggregate Class-wide

damages incurred by investors who purchased or otherwise acquired shares of Tufin Software

Technologies Ltd. ("Tufin" or the "Company") pursuant and/or traceable to the Company's

initial public offering conducted on or around April 11, 2019 (the "IPO"), and investors who

purchased or otherwise acquired shares of Tufin common stock pursuant and/or traceable to the

Company's follow-on public offering conducted on or around December 2, 2019 (the "SPO"),

under §11 of the Securities Act of 1933 (the "Securities Act").[1,2]

### III.    Summary of Plaintiffs' Allegations and the Alleged Corrective Disclosures

4.    It is my understanding that Plaintiffs allege that Defendants made misrepresentations or

omissions of material fact in the Registration Statements issued in connection with Tufin's IPO

and SPO, regarding Tufin's sales force personnel and the typical length of its sales cycle.[3]  More

specifically, Plaintiffs allege that Defendants failed to disclose that "Tufin's sales cycle was

extremely long, technical, and complex, such that deals involving large organizations frequently

took years, not months, to close," and that the Company's sales force "was understaffed,

undertrained, and lacked a sufficient understanding of Tufin's products to close large complex

deals with Tufin's most valuable potential customers."[4]  Moreover, Defendants allegedly "failed

to tell investors that as of the IPO, the combination of (i) a high-pressure sales culture that

resulted in inflated expectations of closed sales and (ii) sales software that based its forecasts on

---

[1] Throughout the relevant period, Tufin common stock was listed on the New York Stock Exchange ("NYSE") under the symbol "TUFN."

[2] A total of 8,855,000 shares were sold in the IPO at a price of $14.00 per share.  A total of 4,620,000 shares were sold in the SPO at a price of $17.00 per share.

[3] Notice of Pendency and Proposed Settlement of Class Action, p. 4.

[4] Second Amended Consolidated Complaint for Violations of the Securities Act of 1933, March 31, 2022 (the "SAC"), ¶4.

those inflated sales expectations made it virtually impossible to predict or forecast when a sale would occur."[5]

5.       On January 9, 2020, Tufin announced worse-than expected preliminary revenue and non-GAAP operating loss estimates for fourth-quarter 2019, citing an "'inability to close a number of transactions, primarily in North America' as the primary reason for Tufin's revenue shortfall.  It also admitted that the miss occurred because the deals were too complex and large, and that Tufin lacked the scale required in order to manage a substantial volume of large complex deals."[6] Following the release, "Tufin's share price fell $4.14 per share, or 24.04%, to close at $13.08 per share on January 9, 2020."[7]

## IV.       Per-Share Damages

6.       Section 11 of the Securities Act concerns liability for false statements in a registration statement, under which **<u>statutory calculation</u>** of damages is defined as the:

> difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (1) the value thereof as of the time such suit was brought, or (2) the price at which such security shall have been disposed of in the market before suit, or (3) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought….[8]

7.       In addition, Section 11 provides for an affirmative defense of **<u>negative causation</u>** which prevents recovery for losses that defendants prove are not attributable to alleged misrepresentations and/or omissions in the offering's registration statement.  Thus, under the

---

[5] SAC, ¶5.

[6] SAC, ¶¶6, 7.

[7] SAC, ¶8.

[8] 15 U.S.C. § 77k(e).

assumption that defendants would be able to demonstrate negative causation at trial, the decline in the price of Tufin common stock in response to the corrective events alleged by Plaintiffs, net of market and industry-wide effects, are the only compensable losses in this matter. As discussed above, Plaintiffs allege that corrective events occurred on January 9, 2020. The Company-specific decline that day was $4.40:

| Corrective Disclosure Impact Date | Previous Closing Price | Company-Specific Return | Statistically Significant[9] | Company-Specific Share Price Decline |
|---|---|---|---|---|
| 1/9/2020 | $17.22 | -25.57% | Yes | $4.40 |

8.      Accordingly, for the present matter, I have estimated aggregate Class-wide damages under two scenarios: (i) in accordance with the statutory calculation of per-share damages described in ¶6 above; and (ii) by limiting per-share damages to the $4.40 Company-specific price decline that occurred on January 9, 2020 under the assumption that Defendants would be able to demonstrate negative causation as described in ¶7 above. In both scenarios, I have been asked to assume that all shares purchased during the period from the IPO though October 7, 2019 were purchased pursuant and/or traceable to the IPO Registration Statement,[10] while only the 4,620,000 shares offered in the Company's SPO were purchased pursuant and/or traceable to the SPO Registration Statement.[11] In addition, I was asked to assume that the first relevant lawsuit

---

[9] The Company-specific return on January 9, 2020 is statistically significant at above the 95% confidence level.

[10] Immediately following the April 11, 2019 IPO, 73.6% of Tufin's shares outstanding consisted of restricted shares issued prior to the IPO that were subject to a 180-day lock-up period. This lock-up period ended on October 8, 2019 (*i.e.*, April 11, 2019 plus 180 days), at which point these previously restricted shares became eligible to trade in the public market. (*See* IPO Registration Statement, pp. 32, 127.) As such, I have been asked to assume that shares purchased after October 7, 2019 are no longer traceable to the IPO Registration Statement.

[11] Similarly, given the presence of previously restricted shares in the public market after October 7, 2019, I have been asked to assume that only the shares directly offered in the SPO are traceable to the SPO Registration Statement.

filed on behalf of the purchasers of Tufin common stock, with a claim under the Securities Act, was filed on July 21, 2020 (the "Suit Date"). The closing price of Tufin common stock on the Suit Date was $10.50.

9.    Based on the above, per-share damages under the **statutory calculation** scenario are calculated as follows:

- For shares purchased during the period April 11, 2019 through October 7, 2019, inclusive, that were:

    i.    sold prior to market close on July 21, 2020 (*i.e.*, the Suit Date), per-share damages are the purchase price (not to exceed the $14.00 IPO price) minus the sale price.

    ii.   retained as of market close on July 21, 2020, per-share damages are the purchase price (not to exceed the $14.00 IPO price) minus $10.50 (*i.e.*, Tufin's share price on the Suit Date).

- For shares purchased in connection with Tufin's SPO, on or around December 2, 2019, that were:

    i.    sold prior to market close on July 21, 2020 (*i.e.*, the Suit Date), per-share damages are the $17.00 SPO price minus the sale price.

    ii.   retained as of market close on July 21, 2020, per-share damages are $6.50 (*i.e.*, the $17.00 SPO price minus Tufin's $10.50 closing share price on the Suit Date).

10.   Based on the above, per-share damages under the **negative causation** scenario are calculated as follows:

- For shares purchased during the period April 11, 2019 through October 7, 2019, inclusive, that were:

    i.    sold prior to January 9, 2020, per-share damages are $0.

    ii.   sold between January 9, 2020 and July 21, 2020 (*i.e.*, the Suit Date), inclusive, per-share damages are the lesser of: (a) $4.40; or (b) the purchase price (not to exceed the $14.00 IPO price) minus the sale price.

    iii.  retained as of market close on July 21, 2020, per-share damages are the lesser of: (a) $4.40; or (b) the purchase price (not to exceed the $14.00 IPO price) minus $10.50 (*i.e.*, Tufin's share price on the Suit Date).

- For shares purchased in connection with Tufin's SPO, on or around December 2, 2019, that were:

    i.   sold prior to January 9, 2020, per-share damages are $0.

    ii.  sold between January 9, 2020 and July 21, 2020 (*i.e.*, the Suit Date), inclusive, per-share damages are the lesser of: (a) $4.40; or (b) the $17.00 SPO price minus the sale price.

    iii. retained as of market close on July 21, 2020, per-share damages are $4.40.[12]

## V.   Aggregate Class-Wide Damages

11.    To estimate aggregate Class-wide damages, the timing and quantity of investor transactions in Tufin common stock during the Class Period was estimated using the proportional "One-Trader Model," which posits that each share purchased during the Class Period has the same chance of being sold on a subsequent day as any other share in the float. The One-Trader Model is a version of the General Trading Model ("GTM"),[13] which has been advocated by representative authors from Cornerstone Research, an economic consulting firm frequently engaged by defendants in class action securities litigation.[14] "Virtually every securities litigation case in which aggregate damages are estimated relies on a version of the GTM for the number of shares damaged and the damage theory for the amount of artificial inflation."[15]

---

[12] For shares retained as of market close on July 21, 2020, per-share damages for shares purchased in the SPO are limited to the $4.40 Company-specific price decline that occurred on January 9, 2020, since this loss is less than $6.50 (*i.e.*, the $17.00 SPO price minus Tufin's $10.50 closing share price on the Suit Date).

[13] Barclay, Michael, and Frank C. Torchio. "A Comparison of Trading Models Used for Calculating Aggregate Damages in Securities Litigation." *Law and Contemporary Problems*, vol. 64, no. 2/3, 2001, pp. 105–136 ("Barclay and Torchio (2001)") at 117.

[14] William H. Beaver, James K. Malernee and Michael C. Keeley, "Stock Trading Behavior and Damage Estimation in Securities Cases," Cornerstone Research working paper, 1993.

[15] Barclay and Torchio (2001) at p. 105.

- 8 -

12.     Applying the theory of per-share damages described above to the daily trading behavior predicted by the One-Trader Model, aggregate Class-wide damages are estimated to be as follows:[16]

| Damages Scenario | Number of Damaged Shares | Aggregate Damages |
|---|---|---|
| Statutory Calculation | 13.475 million | $18.637 million |
| Negative Causation | 13.475 million | $13.958 million |

Executed on August 2, 2023, at Redwood City, California.

Zachary Nye, Ph.D.

---

[16] Trading volume has been reduced by 25% to correct for the typical level of dealer-intermediated trading. (*See* Barclay and Torchio (2001) at p. 110.)  Additional input data to the trading model include: shares outstanding, closing price, and trading volume as reported by Bloomberg.



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

## Zachary R. Nye
*Email:* zach@scginc.com

---

## Education

**Ph.D. – University of California, Irvine**                                        2009
Finance                                                            Irvine, California

- Dissertation: Macro-Augmented Volatility Forecasting.

- Research Interests: Market efficiency of underlying and derivative securities, volatility forecasting, risk management, financial econometrics, valuation and corporate finance.

- Teaching Experience: Corporate Finance, Investments, and Risk Management.

**M.Sc. – London Business School**                                                 2004
Finance                                                            London, England

- Earned distinction for Masters Thesis on the informational efficiency of credit-linked notes.

**A.B. – Princeton University**                                                     2001
Economics                                                   Princeton, New Jersey

---

## Employment History

**Vice President**                                              Summer 2015 – present
Stanford Consulting Group, Inc.                              Redwood City, California

The Stanford Consulting Group, Inc. provides economic research and expert testimony for business litigation, as well as regulatory and legislative proceedings.

Responsibilities include:

- quantifying economic damages (*e.g.*, present value of expected future earnings, price inflation, lost profits, unjust enrichment, reasonable royalties);

- enterprise, project, equity, debt, derivative-security and intellectual-property valuation;

- assessing the informational efficiency of financial securities;

- analyzing fairness opinions related to corporate mergers and acquisitions;

- econometric modeling and analysis;

- marginal cost analysis;

- preparing expert reports and declarations;

- providing deposition and trial testimony; and

- supporting counsel in preparation for cross examination of opposing experts.

**Senior Consultant**                                      Summer 2009 – Summer 2015
Stanford Consulting Group, Inc.                              Redwood City, California

**Exhibit 1**

**Associate**                                                      Summer 2004 – Summer 2005
Stanford Consulting Group, Inc.                                        Redwood City, California

**Mortgage Consultant**                                               Fall 2002 – Summer 2003
Woolwich PLC                                                                     Oxford, UK

**Trading Desk Specialist**                                           Fall 2001 – Summer 2002
Merrill Lynch, Defined Asset Funds                                       Plainsboro, New Jersey

---

### Academic Research

Nye, Zachary and Mark Washburn, 2013, "Macro-Augmented Volatility Forecasting," *Western Decision Sciences Institute Proceedings*. Paper presented at the WDSI Annual Meeting, Long Beach, California, March 27, 2013. Winner of the 2013 Best Theoretical/Empirical Research Paper Awards.

Nye, Zachary and Philippe Jorion, 2009, "Macro-Augmented Volatility Forecasting," Working Paper, University of California at Irvine.

Nye, Zachary and Timothy C. Johnson, 2005, "Market Efficiency's Hidden Teeth: An Unambiguous Test for Derivative Securities," Working Paper, London Business School.

---

### Testimony

Miriam Edwards, et al. v. McDermott International, Inc., et al., United States District Court, Southern District of Texas, Houston Division, Case No. 4:18-cv-04330
       Deposition                April 26, 2023

John V. Ferris, et al. v. Wynn Resorts Limited, et al., United States District Court, District of Nevada, Case No. 2:18-cv-00479-GMN-DJA
       Deposition                August 26, 2022
       Deposition                January 31, 2023

In re Jernigan Capital, Inc. Securities Litigation, United States District Court, Southern District of New York, Case No. 1:20-cv-09575-JLR
       Deposition                January 27, 2023

Halman Aldubi Provident and Pension Funds Ltd., et al. v. Teva Pharmaceuticals Industries Limited, et al., United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM
       Deposition                November 4, 2022

Ali Karimi, et al. v. Deutsche Bank AG, et al., United States District Court, Southern District of New York, Case No. 1:22-cv-02854-JSR
       Deposition                August 12, 2022

Teresa Doskocz, et al. v. ALS Lien Services, et al., Superior Court of California, County of Contra Costa, Case No. C17-01486
       Deposition                April 23, 2018
       Deposition                March 8, 2022
       Deposition                April 14, 2022
       Trial                     April 29, 2022

Paul Hayden, et al. v. Portola Pharmaceuticals, Inc., et al., United States District Court, Northern District of California, Case No. 3:20-cv-00367-VC
       Deposition                March 30, 2022

**Exhibit 1**

United States of America ex rel. Lori Morsell, et al. v. Symantec Corporation, United States District Court for the District of Columbia, Civil Action No. 12-cv-0800 (RC)
        Deposition                March 13, 2019
        Trial                     March 22, 2022

United States of America ex rel. Tiffany Montcrieff, et al. v. Peripheral Vascular Associates, P.A., United States District Court for the Western District of Texas, San Antonio Division, Civil Action No. SA-17-CV-00317-XR
        Deposition                 July 31, 2020
        Trial                     February 14, 2022

In re Advance Auto Parts, Inc. Securities Litigation, United States District Court, District of Delaware, Case No. 1:18-CV-00212-RGA
        Deposition                 July 14, 2020
        Deposition                 September 30, 2021

In re Allergan PLC Securities Litigation, United States District Court, Southern District of New York, Civil Action No. 18-CV-12089-CM
        Deposition                 May 19, 2020
        Deposition                 September 27, 2021

Gabby Klein, et al. v. Altria Group, Inc., et al., United States District Court, Eastern District of Virginia, Richmond Division, Case No. 3:20-cv-00075-DJN
        Deposition                 August 31, 2021

In re Tahoe Resources, Inc. Securities Litigation, United States District Court, District of Nevada, Case No. 2:17-cv-01868-RFB-NJK
        Deposition                 August 4, 2021

Hawaii Structural Ironworkers Pension Trust Fund, et al. v. AMC Entertainment Holdings, Inc., et al., United States District Court, Southern District of New York, Case 1:18-cv-00299-AJN-SLC
        Deposition                 July 9, 2020
        Deposition                 July 28, 2021

In re Mylan N.V. Securities Litigation, United States District Court, Southern District of New York, Case No. 1:16-CV-07926 (JPO)
        Deposition                 November 22, 2019
        Deposition                 July 20, 2021

Oregon Laborers Employers Pension Trust Fund, et al. v. Maxar Technologies Inc., et al., United States District Court, District of Colorado, Case No. 1:19-cv-00124-WJM-SKC
        Deposition                 May 28, 2021

Roei Azar, et al. v. Yelp, Inc., et al., United States District Court, Northern District of California, Case No. 3:18-cv-00400-EMC
        Deposition                 March 2, 2021

Roofers' Pension Fund, et al. v. Joseph C. Papa, et al., United States District Court, District of New Jersey, Civil Action No. 2:16-cv-02805-MCA-LDW
        Deposition                 April 2, 2019
        Deposition                 January 14, 2021

Utah Retirement Systems, et al. v. Healthcare Services Group, Inc., et al., United States District Court, Eastern District of Pennsylvania, Case No. 2:19-cv-01227-ER
        Deposition                 December 10, 2020

**Exhibit 1**

Matt Karinski, et al. v. Stamps.com, Inc., et al., United States District Court, Central District of California, Case No. 2:19-cv-01828-MWF-SK
        Deposition                        August 14, 2020

Alexandre Pelletier, et al. v. Endo International PLC, et al., United States District Court, Eastern District of New Pennsylvania, Civil Action No. 2:17-cv-05114-MMB
        Deposition                        July 27, 2020

In re Zillow Group, Inc. Securities Litigation, United States District Court, Western District of Washington at Seattle, Case No. 2:17-cv-01387-JCC
        Deposition                        March 10, 2020

Joseph Prause, et al. v. TechnipFMC plc, et al., United States District Court, Southern District of Texas, Houston Division, Case No. 4:17-cv-02368
        Deposition                        February 5, 2020
        Deposition                        March 9, 2020

In re Quorum Health Securities Litigation, United States District Court, Middle District of Tennessee, Case No. 3:16-cv-02475
        Deposition                        August 17, 2018
        Deposition                        January 14, 2020

In re Snap Inc. Securities Litigation, United States District Court, Central District of California, Western Division, Case No. 2:17-cv-03679-SVW-AGR
        Deposition                        December 13, 2019

Jet Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al., United States District Court, Southern District of New York, Case No. 1:15-cv-00307-AKH
        Deposition                        July 26, 2019

City of Pontiac General Employees' Retirement System, et al. v. Dell Inc., et al., United States District Court, Western District of Texas, Austin Division, Case No. 1:15-cv-00374-LY
        Deposition                        April 19, 2017
        Deposition                        November 6, 2018

Pirnik v. Fiat Chrysler Automobiles N.V., et al., United States District Court, Southern District of New York, Case No. 1:15-CV-07199-JMF
        Deposition                        February 2, 2018
        Deposition                        September 13, 2018

Bradley Cooper, et al. v. Thoratec Corporation, et al., United States District Court, Northern District of California, Oakland Division, Case No. 4:14-cv-00360-CW
        Deposition                        March 6, 2018

L-3 Communications Corporation, et al. v. Serco, Inc., United States District Court for the Eastern District of Virginia, Case No. 1:15-cv-701-GBL-JFA
        Deposition                        October 22, 2015
        Deposition                        October 18, 2017

In re Juno Therapeutics, Inc., United States District Court of Western District of Washington at Seattle, Case No. C16-1069RSM
        Deposition                        October 4, 2017

Brad Mauss, et al. v. NuVasive, Inc., et al., United States District Court, Southern District of California, Case No.: 13-cv-02005-JM
        Deposition                        December 20, 2016
        Deposition                        August 28, 2017

Page | 4

**Exhibit 1**

In re Akorn, Inc. Securities Litigation, United States District Court, Northern District of Illinois, Eastern Division, Case No. 15-CV-01944

        Deposition                  June 21, 2017

In re Ocwen Financial Corporation Securities Litigation, United States District Court, Southern District of Florida, Case 14-81057-CIV-WPD

        Deposition                  September 23, 2016
        Deposition                  March 28, 2017

Stephen Calfo, et al. v. John P. Messina, Sr., et al., United States District Court, Southern District of New York, Civil Action No. 15 Civ. 04010 (LGS)

        Deposition                  January 5, 2017

In re EZCORP, Inc. Securities Litigation, United States District Court, Southern District of New York, Case No. 14-cv-6834 (ALC)

        Deposition                  October 14, 2016

Arthur Menaldi, et al. v. Och-Ziff Capital Management Group LLC, et al., United States District Court, Southern District of New York, No. 14-CV-03251-JPO

        Deposition                  October 3, 2016

Keith Thomas, et al. v. MagnaChip Semiconductor Corp., et al., United States District Court, Northern District of California, Case No. 3:14-cv-01160-JST

        Deposition                  September 16, 2016

In re Rocket Fuel, Inc. Securities Litigation, United States District Court, Northern District of California, Oakland Division, Case No. 4:14-cv-03998-PJH

        Deposition                  September 14, 2016

Barbara Strougo, Individually and on Behalf of All Others Similarly Situated v. Barclays PLC, et al., United States District Court, Southern District of New York, Case No. 14-cv-5797 (SAS)

        Deposition                  August 11, 2015
        Evidentiary Hearing     November 5, 2015
        Deposition                  June 16, 2016

In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation, United States District Court, District of New Jersey, Case Numbers: 05-cv-5060; 07-cv-4021; 07-cv-4022; 07-cv-4023; 07-cv-4024; 07-cv-4546; 11-cv-6259; and 15-cv-518

        Deposition                  December 6, 2013
        Deposition                  October 1, 2015

Richard Thorpe and Darrel Weisheit, Individually and on Behalf of All Others Similarly Situated v. Walter Investment Management Corp., et al., United States District Court, Southern District of Florida, Case No. 1:14-cv-20880-UU

        Deposition                  September 16, 2015

City of Austin Police Retirement System, *Individually and on Behalf of All Others Similarly Situated* v. Kinross Gold Corporation, et al., United States District Court, Southern District of New York, Civil Action No. 1:12-cv-01203-VEC-KNF

        Deposition                  November 19, 2014

In re El Paso Partners, L.P. Derivative Litigation, Court of Chancery of the State of Delaware, C.A. No. 7141-CS

        Deposition                  September 24, 2013
        Trial                       November 12 and 13, 2014

**Exhibit 1**

L-3 Communications Corporation, et al. v. Jaxon Engineering & Maintenance, Inc., et al., United States District Court for the District of Colorado, Civil Action No. 10-cv-02868-MSK-KMT

     Deposition                    August 7, 2014

Axa Corporate Solutions Assurance, et al. v. Honeywell International, Inc., et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV2011-019334

     Deposition                    February 24, 2014

In re Heckmann Corporation Securities Litigation, United States District Court for the District of Delaware, Case No. 1:10-cv-00378-LPS-MPT

     Deposition                    November 9, 2012