**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods |

**DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE;**
**(B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over sixteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and twenty-five (525) class action settlements since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Granting Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement, dated August 10, 2023 (the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1] I submit this declaration in order to provide the Court and the Parties information

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of July 7, 2023 (the "Settlement Stipulation").

1

regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    SCS sent the Depository Trust Company ("DTC") the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim") (collectively, the "Long Notice and Proof of Claim") for the DTC to publish on its Legal Notice System ("LENS") on August 22, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. A true and correct copy of the Long Notice and Proof of Claim is attached as **Exhibit A**.

4.    As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 847 banks and brokerage companies ("Nominee Account Holders"), as well as 1,363 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On August 22, 2023, SCS caused a letter to be mailed or e-mailed to the 2,210 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that within ten (10) calendar days from the date of the letter, they either (a) request copies of the Postcard Notice sufficient to send the Postcard Notice to all such beneficial owners for whom they are nominee or custodian, and within ten (10) calendar days after receipt thereof send copies to such beneficial owners; (b) request a link to the electronic Long Notice and Proof of Claim and email the link to each such beneficial owner for whom they are

nominee or custodian within ten (10) days after receipt thereof; or (c) provide SCS with a list of the names, mailing addresses, and email addresses, to the extent email addresses were available, of such beneficial purchasers/owners so that SCS could promptly mail the Postcard Notice or email the link to the location of the Long Notice and Proof of Claim directly to them. A copy of the letter sent to these nominees is attached as **Exhibit B.**

5. To provide actual notice to those persons and entities who purchased or otherwise acquired Tufin Software Technologies, Ltd. ("Tufin") common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's April 11, 2019 initial public stock offering ("IPO") and/or the December 2, 2019 secondary public offering ("SPO"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class. **Exhibit C** is a copy of the Postcard Notice.

6. SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 74 individuals and organizations identified in the transfer records that were provided to SCS. These records reflect persons or entities that purchased Tufin common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's April 11, 2019 IPO and/or the December 2, 2019 SPO for their own account, or for the account(s) of their clients. The transfer record mailing was completed on August 22, 2023.

7. Following these mailings, SCS received 1,775 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received requests from two nominees for 5,142 Postcard Notices so that they could forward them to their customers, and SCS received notification from a nominee that they mailed the Postcard Notices to 119 of their customers. To date, 7,110 Postcard Notices have been mailed to potential Settlement Class Members.

8.    Additionally, SCS received one email address from Plaintiffs' Counsel and was notified by a nominee that they emailed 3,738 of their clients to notify them of this settlement and provide the link to the location of the Long Notice and Proof of Claim directly to them.

9.    In total, 10,849 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed the link to the location of the Long Notice and Proof of Claim.

10.    Out of the 7,110[2] Postcard Notices mailed, 328 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 22, and SCS promptly mailed another Postcard Notice to the updated addresses.  The remaining 306 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 76 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

11.    Pursuant to the Preliminary Approval Order, SCS caused the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") to be published in print once in the *Investor's Business Daily* and once electronically on the *Globe Newswire* on September 4, 2023.  The confirmations of publication are included as **Exhibit D** hereto**.**

## TOLL-FREE PHONE LINE

12.    SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Long Notice and Proof of Claim. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

---

[2] SCS received five requests from potential Settlement Class Members for the Long Notice and Proof of Claim Forms to be mailed to them. SCS promptly mailed the Long Notice and Proof of Claim Forms to the potential Settlement Class Members who requested the Long Notice and Proof of Claim by mail.

## SETTLEMENT WEBPAGE

13.    On August 21, 2023, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/Tufin/.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status of the case; the deadlines for the case; the online claim filing link; and important documents such as the Long Notice and Proof of Claim, the Preliminary Approval Order, and the Settlement Stipulation. To date, there have been 1,699 page views by 532 unique users.

## REPORT ON EXCLUSIONS AND OBJECTIONS

14.    The Postcard Notice, Summary Notice, Long Notice, and the Settlement Webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than November 10, 2023.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received no requests for exclusion.

15.    According to the Postcard Notice, Summary Notice, Long Notice, and the Settlement Webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Plaintiffs' Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs, are required to submit their objection in writing such that the request is received by Plaintiffs' Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than November 10, 2023.  As of the date of this declaration, SCS has neither received any objections nor been notified that Plaintiffs' Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of November 2023, in Media, Pennsylvania.

_____
Margery Craig

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased or otherwise acquired Tufin Software Technologies, Ltd. ("Tufin" or the "Company") common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's April 11, 2019 initial public stock offering ("IPO") and/or the December 2, 2019 secondary public offering ("SPO"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide two million dollars ($2,000,000) (the "Settlement Amount") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased or otherwise acquired Tufin common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and SPO.
- The Settlement represents an estimated average recovery of $0.14 per share of Tufin issued in the IPO and SPO. This estimate solely reflects the average recovery per share of Tufin common stock issued in the IPO and SPO. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on, among other things, the aggregate losses of all Settlement Class Members, the date(s) you purchased (or otherwise acquired) and sold Tufin common stock, and the total number and amount of claims filed.
- Attorneys for Plaintiffs ("Plaintiffs' Counsel") will ask the Court to award them fees of up to one-third of the Settlement Amount plus interest, reimbursement of no more than $150,000 in litigation expenses, and an Award to Plaintiffs not to exceed $15,000 in total, consisting of $5,000 to each Plaintiff. Collectively, the attorneys' fees and expenses and Plaintiffs' award are estimated to average $0.06 per share of Tufin common stock issued in the IPO and the SPO. If approved by the Court, these amounts will be paid from the Settlement Amount.
- The average approximate recovery, after deduction of attorneys' fees and interest and expenses approved by the Court, is $0.08 per share of Tufin common stock issued in the IPO and SPO. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on, among other things, the aggregate losses of all Settlement Class Members, the date(s) you purchased (or otherwise acquired) and sold Tufin common stock, and the total number and amount of claims filed.
- The Settlement resolves the pending class action against Tufin, Reuven Kitov, Jack Wakileh, Reuven Harrison, Ohad Finkelstein, Edouard Cukierman, Yair Shamir, Ronni Zehavi, and Yuval Shachar (together, "Defendants"), which alleged violations of federal securities laws with respect to alleged misrepresentations and/or omissions of material fact in the Registration Statements issued in connection with Tufin's IPO and SPO (the "Action"). Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability or damage whatsoever asserted by Plaintiffs. Defendants have also denied, among other things, the allegations that Plaintiffs or the

1

Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **November 3, 2023**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **November 10, 2023.** This is the only way you can be part of any other lawsuit against the Defendants or the other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **November 10, 2023** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | No later than **November 10, 2023,** ask to speak in Court about the fairness of the Settlement at the hearing on **December 1, 2023**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| | | |
|---|---|---|
| Tufin Software Technologies Ltd. Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: 866-274-4004 Fax: 610-565-7985 info@strategicclaims.net | **or** | Adam Apton LEVI & KORSINSKY LLP 55 Broadway, 4th Floor, Suite 427 New York, NY 10006 Tel: (212) 363-7500 Fax: (212) 363-7171 aapton@zlk.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated July 7, 2023 (the "Settlement Stipulation").

2

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

**1.    Why did I get this Notice?**

You or someone in your family may have purchased or otherwise acquired the common stock of Tufin in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO.

**2.    What is this lawsuit about?**

The case is known as *In re Tufin Software Technologies Ltd. Securities Litigation*, Case No. 1:20-cv-5646-GHW (S.D.N.Y.) (the "Action"). The Court in charge of the case is the United States District Court for the Southern District of New York.

The Action involves allegations that Defendants violated certain federal securities laws by making misrepresentations or omissions of material fact in the Registration Statements issued in connection with Tufin's IPO and SPO. The complaint alleges, among other things, that the Registration Statements contain materially misleading statements concerning Tufin's sales cycle. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement is not and shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Defendants or Defendants' Related Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Defendants' defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. Plaintiffs and Defendants disagree regarding whether the alleged misstatements were materially false or misleading or otherwise actionable under the federal securities laws, the availability of certain defenses to Defendants, and the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial, and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Plaintiffs' Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any alleged misstatement was false or misleading at trial and the amount of damages, if any.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons or entities that purchased or otherwise acquired Tufin common stock pursuant and/or traceable to Tufin's Registration Statements issued in connection with Tufin's April 11, 2019 initial public offering ("IPO") and/or its December 2, 2019 secondary public offering ("SPO") ("Settlement Class").

**6.      Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are Defendants; the officers, directors, and affiliates of Tufin, at all relevant times; Tufin's employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired Tufin stock through any such plan(s); any entity in which Defendants have or had controlling interest; the Individual Defendants' immediate family members and their legal representatives, heirs, successors, or assigns. Also excluded from the Settlement Class are those Persons who file valid and timely requests for exclusion in accordance with the Preliminary Approval Order, as described below in the answer to question 11.

**7.      I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/Tufin, or fill out and return the Proof of Claim and Release Form ("Proof of Claim") described in Question 9, to see if you qualify.

**8.      What does the Settlement provide?**
    **a.      What is the Settlement Fund?**
The proposed Settlement provides for Defendants to pay, or cause to be paid on their behalf, two million dollars ($2,000,000.00) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Plaintiffs' Counsel, and any Award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.
    **b.      What can you expect to receive under the proposed Settlement?**
Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased (or otherwise acquired) and sold Tufin common stock; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and any Award to Plaintiffs.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants").

The Claims Administrator will determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Settlement Class Members pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

## PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Tufin/.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's recognized loss, as calculated pursuant to the formula set forth below ("Recognized Loss"). **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than $20 dollars ($20.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $20.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.

The Plan of Allocation takes into consideration the limitation on damages provision of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(e) which incorporates a 90-day lookback period, the advice of Plaintiff's experts, and the principles of economic loss articulated by the Supreme Court in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). For purposes of this Settlement, the Recognized Loss shall be calculated as follows:

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

#### General Provisions

1.      There shall be no Recognized Loss attributed to any Tufin securities other than common stock.

2.      For purposes of calculating the Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order.  Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases, acquisitions

5

and sales of Tufin common shares during the time period between April 11, 2019 and July 21, 2020, inclusive.

3. No cash payment will be made on a claim where the potential distribution amount is less than $20.00 (Twenty Dollars and Zero Cents). Please be advised that if you did not incur a Recognized Loss as defined in the Plan of Allocation you will not receive a cash distribution from the Net Settlement Fund, but you will be bound by all determinations and judgments of the  Court in connection with the Settlement, including being barred from asserting any of the Released Plaintiffs' Claims.

4. The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

5. Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, any of Defendants' Related Parties, including Defendants' Counsel, Plaintiffs, any of Plaintiffs' Related Parties, including Plaintiffs' Counsel, or the Claims Administrator or other agent designated by Plaintiffs' Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court.

6. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund. Class Members who do not submit valid Proof of Claim and Release Forms will not share in the Settlement Proceeds. Class Members who do not either submit a request for exclusion or submit a valid Proof of Claim and Release Form will nevertheless be bound by the Settlement and the Order and Final Judgment of the Court dismissing this Action.

7. For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of Tufin common shares shall not be deemed a purchase, acquisition or sale of Tufin common shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase. Only publicly traded common shares are considered eligible purchases.

8. Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

I) For common stock purchased pursuant or traceable to the IPO between April 11, 2019 and October 7, 2019, inclusive, the Recognized Loss shall be calculated as follows:

A. For shares sold between April 11, 2019 and July 21, 2020, inclusive, the Recognized Loss shall be the lesser of:
   i. The purchase price per share (not to exceed the $14.00 per share IPO price) less the sale price per share; or
   ii. $3.50 per share.

6

B. For shares held as of the close of trading on July 21, 2020, the Recognized Loss shall be the purchase price per share (not to exceed the $14.00 per share IPO price) less $10.50 per share.

II) For common stock purchased pursuant or traceable to the SPO on December 2, 2019, Recognized Loss shall be calculated as follows:

A. For shares sold between December 2, 2019 and July 21, 2020, inclusive, the Recognized Loss shall be the lesser of:
   i.   $17.00 per share SPO price less the sale price per share; or
   ii.  $6.50 per share.

B. For shares held as of the close of trading on July 21, 2020, the Recognized Loss shall be $6.50 per share.

**9. How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim is attached to this Long Notice. You may also obtain a Proof of Claim at www.strategicclaims.net/Tufin. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/Tufin **by 11:59 p.m. EDT on November 3, 2023**; or (2) by mailing the Proof of Claim together with all documentation requested in the form, **postmarked no later than November 3, 2023**, to:

Tufin Software Technologies Ltd. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10. What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the November 10, 2023 deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim, and will be bound by the release of claims against Defendants and Defendants' Related Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective present, former and future direct and indirect parent entities, associates, affiliates, subsidiaries, predecessors, successors, officers, directors, attorneys, assigns, legal representatives, and agents, immediate family members, heirs, representatives, administrators, executors, trustees, successors, assigns, devisees, legatees, and estates and any person or entity which is or was related to or affiliated with any of them will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Defendants and Defendants' Related Parties any and all claims whether known or unknown (including Unknown Claims as defined in the Settlement Stipulation), asserted or unasserted, whether arising under federal, state, common or foreign law, whether class or individual in nature (i) that were or could have been asserted in the Action or the related

7

State Court Actions (as defined in the Settlement Stipulation); (ii) arising out of, based upon, or relating in any way to the underwriting, purchase, acquisition, holding, sale, or disposition of Tufin common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO and the allegations, acts, facts, transactions, events, matters, occurrences, statements or omissions involved, set forth, alleged or referred to in the Action or the State Court Actions, or which could have been alleged in such actions; or (iii) arising out of, based upon, or relating in any way to the Settlement, except claims to enforce the Settlement. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisition, sale, disposition, holding or ownership of Tufin common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO.

**11.     How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or Defendants' Related Parties on your own, at your own expense, with respect to the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly states your name, address, phone number and email contact information (if any), and that you "request to be excluded from the Settlement Class *In re Tufin Software Technologies Ltd. Securities Litigation*, Case No. 1:20-cv-5646-GHW (S.D.N.Y.)"; and (B) states the date, number of shares and dollar amount of each Tufin common stock purchase or acquisition you made in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase or acquisition and, if applicable, sale transaction of Tufin common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO; and (ii) demonstrating your status as a beneficial owner of the Tufin common stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than November 10, 2023**, to the Claims Administrator at the following address:

Tufin Software Technologies Ltd. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by email.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.     If I do not exclude myself, can I sue Defendants or the other Released Parties for the same thing later?**

No. Unless you follow the procedure outlined in this Long Notice to exclude yourself, you give up any right to sue Defendants or Defendants' Related Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer

in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed Levi & Korsinsky, LLP as Lead Counsel to represent you and the other Settlement Class Members. The Rosen Law Firm, P.A. and Pomerantz LLP (with Levi & Korsinsky, "Plaintiffs' Counsel") also represent Plaintiffs in the Action. If you want to be represented by your own lawyer, you may hire one at your own expense. You have the right to appear at the Settlement Hearing through counsel of your choosing. Contact information for Plaintiffs' Counsel is provided below.

**14.    How will the lawyers be paid?**

Plaintiffs' Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Plaintiffs' Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Plaintiffs' Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Plaintiffs' Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one-third of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $150,000 and an Award to Plaintiffs not to exceed $15,000 in total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Plaintiffs' Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *In re Tufin Software Technologies Ltd. Securities Litigation*, Case No. 1:20-cv-5646-GHW (S.D.N.Y.). Be sure to include: (1) your name, address, telephone number, and email address (if any); (2) a list of all purchases or acquisitions and sales of Tufin common stock in or pursuant and/or traceable to the Registration Statement issued in connection with Tufin's IPO and/or SPO; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address, telephone number, and email address of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and instructions relating to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than November 10, 2023**:

| Clerk of the Court United States District Court Southern District of New York Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street New York, NY 10007 | PLAINTIFFS' COUNSEL: <br><br> LEVI & KORSINSKY <br> Nicholas I. Porritt <br> Adam M. Apton <br> 55 Broadway, 10th Floor <br> New York, NY 10006 <br><br> THE ROSEN LAW FIRM, P.A. <br> Phillip Kim <br> 275 Madison Avenue, 40th Floor <br> New York, NY 10016 <br><br> POMERANTZ LLP <br> Patrick V. Dahlstrom <br> Christopher P.T. Tourek <br> 10 South LaSalle Street, Suite 3505 <br> Chicago, IL 60603 | COUNSEL FOR DEFENDANTS <br><br> WHITE & CASE LLP <br> Kimberly A. Havlin <br> 1221 Avenue of the Americas <br> New York, NY 10020 |
| --- | --- | --- |

**16.  What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.  When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on **December 1, 2023, at 2:00 p.m.**, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 12C, New York, NY 10007. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Hearing telephonically or by other virtual means, Plaintiffs' Counsel will cause the Claims Administrator to update its website, on the page dedicated to this Settlement, to note the telephonic or other virtual means for the Settlement Hearing.

**18.  Do I have to come to the hearing?**

No. Plaintiffs' Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.  What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or Defendants' Related Parties relating to the Released Claims (as defined in the Settlement Stipulation) ever again.

10

**SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES**

If you purchased, otherwise acquired, sold or otherwise disposed of Tufin common stock for the beneficial interest of a person or organization other than yourself in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO on or about April 11, 2019 and Tufin's SPO on or about December 2, 2019, the Court has directed that, WITHIN TEN (10) DAYS OF YOUR RECEIPT OF THIS NOTICE, you either: (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased such Tufin common stock; (b) request a link to the location of the electronic Long Notice and Proof of Claim and, within ten (10) days after receiving the link, email the link to the email address of each such beneficial purchaser/owner of the Tufin common stock; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days after receiving the additional Postcard Notices, mail the Postcard Notice directly to such beneficial purchaser/owners of the Tufin common stock. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.05 per name for providing names, addresses and email addresses to the Claims Administrator; up to $0.05 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or up to $0.05 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 2 above.

DATED: AUGUST 10, 2023

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  November 3, 2023**

IF YOU PURCHASED OR ACQUIRED TUFIN SOFTWARE TECHNOLOGIES LTD. ("TUFIN" OR THE "COMPANY") COMMON STOCK IN OR PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENTS ISSUED IN CONNECTION WITH TUFIN'S APRIL 11, 2019 INITIAL PUBLIC OFFERING ("IPO") AND DECEMBER 2, 2019 SECONDARY PUBLIC OFFERING ("SPO"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE DEFENDANTS; THE OFFICERS, DIRECTORS, AND AFFILIATES OF TUFIN, AT ALL RELEVANT TIMES; TUFIN'S EMPLOYEE RETIREMENT OR BENEFIT PLAN(S) AND THEIR PARTICIPANTS OR BENEFICIARIES TO THE EXTENT THEY PURCHASED OR ACQUIRED TUFIN STOCK THROUGH ANY SUCH PLAN(S); ANY ENTITY IN WHICH DEFENDANTS HAVE OR HAD CONTROLLING INTEREST; THE INDIVIDUAL DEFENDANTS' IMMEDIATE FAMILY MEMBERS AND THEIR LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS, OR ASSIGNS. ALSO EXCLUDED FROM THE SETTLEMENT CLASS ARE THOSE PERSONS WHO FILE VALID AND TIMELY REQUESTS FOR EXCLUSION IN ACCORDANCE WITH THE PRELIMINARY APPROVAL ORDER.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS CLAIM FORM BY 11:59 P.M. EDT ON NOVEMBER 3, 2023 AT WWW.STRATEGICCLAIMS.NET/TUFIN.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS CLAIM FORM, YOU MUST COMPLETE AND SIGN THIS CLAIM FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER  THAN NOVEMBER 3, 2023 TO STRATEGIC CLAIMS SERVICES, AT THE FOLLOWING ADDRESS:

Tufin Software Technologies Ltd. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230 Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM  BY NOVEMBER 3, 2023 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT  YOUR  CLAIM ONLY  TO  THE  CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER CLAIM FORM, YOU  WILL  NOT  SHARE  IN  THE  SETTLEMENT  BUT  YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT, INCLUDING THE RELEASES THEREIN, UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A CLAIM FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

ALL CAPITALIZED TERMS NOT OTHERWISE DEFINED HEREIN SHALL HAVE THE SAME MEANINGS AS SET FORTH IN THE NOTICE OF PENDENCY OF PROPOSED SETTLEMENT OF CLASS ACTION (THE "LONG NOTICE") AND, IF NOT THEREIN, THE STIPULATION AND AGREEMENT OF SETTLEMENT, DATED JULY 7, 2023 (THE "SETTLEMENT STIPULATION").

**CLAIMANT'S STATEMENT**

1. I (we) purchased or otherwise acquired Tufin Software Technologies, Ltd. ("Tufin") common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO. (Do not submit this Claim Form if you did not purchase or acquire Tufin common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's IPO and/or SPO.)

2. By submitting this Claim Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Long Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Long Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Long Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing the Claim Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Tufin stock, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase, acquisition and/or sale of Tufin common stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities such as options.)

7. Upon the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) immediate family members, heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, representatives, trustees, devisees, legatees,

estates, predecessors, successors, attorneys, insurers, legal representatives, agents, and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons or entities, by it, him, her or them, and by its, his, her or their immediate family members, heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, representatives, trustees, devisees, legatees, estates, attorneys, insurers, predecessors, successors, assigns, associates, affiliates, officers, directors, legal representatives, and agents of each of them, and all present, former and future direct and indirect parent entities, subsidiaries, predecessors, and successors, and each of their respective officers, directors, attorneys, legal representatives, and agents, and any Person or entity which is or was related to or affiliated with any Releasing Party or in which any Releasing Party has a controlling interest, and each of their respective immediate family members, heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, representatives, trustees, devisees, legatees, estates, attorneys, insurers, predecessors, successors, assigns, associates, affiliates, officers, directors, legal representatives, and agents) of each of the "Released Parties," including "Defendants" and Defendants' "Related Parties," of all "Released Claims," including "Unknown Claims," as those terms are defined in the Stipulation and Agreement of Settlement, dated July 7, 2023 (the "Settlement Stipulation").

8. Upon the Court's approval of the Settlement, as detailed in the Long Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) immediate family members, heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, representatives, trustees, devisees, legatees, estates, predecessors, successors, attorneys, insurers, legal representatives, agents, and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons or entities, by it, him, her or them, and by its, his, her or their immediate family members, heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, representatives, trustees, devisees, legatees, estates, attorneys, insurers, predecessors, successors, assigns, associates, affiliates, officers, directors, legal representatives, and agents of each of them, and all present, former and future direct and indirect parent entities, subsidiaries, predecessors, and successors, and each of their respective officers, directors, attorneys, legal representatives, and agents, and any Person or entity which is or was related to or affiliated with any Releasing Party or in which any Releasing Party has a controlling interest, and each of their respective immediate family members, heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, representatives, trustees, devisees, legatees, estates, attorneys, insurers, predecessors, successors, assigns, associates, affiliates, officers, directors, legal representatives, and agents) not to sue any of the Released Parties, including Defendants and Defendants' Related Parties, with respect to the Released Claims, including Unknown Claims, and to be permanently barred and enjoined from asserting, commencing, prosecuting, instituting, assisting, instigating, or in any way participating in the commencement or prosecution of any action or other proceeding, in any forum, asserting any Released Claims, including Unknown Claims, against any of the Released Parties, including Defendants and Defendants' Related Parties.

9. "Released Parties" has the meaning set forth in the Settlement Stipulation.

10. "Released Claims" has the meaning set forth in the Settlement Stipulation.

11. "Unknown Claims" has the meaning set forth in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of "Released Claims" released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

14

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/. One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in Tufin common stock should be reported in the electronic file so that each resulting claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts, as well as one total holding at the close of trading on July 21, 2020, this would constitute and be processed a single claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single claim prior to processing in the event that a Legal Entity's accounts are divided across multiple claims when submitted by a Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in Tufin common stock to prove and accurately process the claim.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/Tufin. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

## I. CLAIMANT INFORMATION

| Beneficial Owner Name |
|---|

| Address |
|---|

| City | State | Zip Code |
|---|---|---|
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |

| Email |
|---|

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

## II.  SCHEDULE OF TRANSACTIONS IN TUFIN SOFTWARE TECHNOLOGIES LTD. ("TUFIN") COMMON STOCK IN OR PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENTS ISSUED IN CONNECTION WITH TUFIN'S INITIAL PUBLIC OFFERING ("IPO") AND/OR SECONDARY PUBLIC OFFERING ("SPO")

**Purchases/Acquisitions:**
A. Separately list each and every purchase or acquisition of Tufin common stock from April 11, 2019 through July 21, 2020, both dates inclusive (*must be documented*).

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Sales:**
   B.  Separately list each and every sale of Tufin common stock from April 11, 2019 through July 21, 2020, both dates inclusive (*must be documented*).

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Before Reduction for Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

   **End Holdings:**
   C.  State the number of shares of Tufin common stock held at the close of trading on July 21, 2020 (*must be documented*):

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

### III.  SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
|  |  |  |

### IV.  CERTIFICATION

I (We) submit this Claim Form under the terms of the Settlement Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Tufin common stock purchased or acquired in or pursuant and/or traceable to the

Registration Statements issued in connection with Tufin's IPO and/or SPO and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section

17

3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (we are) exempt from backup withholding; or (b) I (we) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS CLAIM FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant
(If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

THE CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/TUFIN BY 11:59 P.M. EDT BY NOVEMBER 3, 2023, OR IF MAILED, MUST BE POSTMARKED NO LATER THAN NOVEMBER 3, 2023 AND MUST BE MAILED TO:

Tufin Software Technologies Ltd. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by November 3, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Claim Form and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form. Please notify the Claims Administrator of any change of address.

THIS PAGE IS INTENTIONALLY LEFT BLANK.

Tufin Software Technologies Ltd. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

### REMINDER CHECKLIST

- Please be sure to sign this Claim Form on page 18. If this Claim Form is submitted on behalf of joint claimants, then each claimant must sign.
- Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.
- Do NOT use highlighter on the Claim Form or any supporting documents.
- If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested, or its equivalent.
- If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

August 22, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED TUFIN SOFTWARE TECHNOLOGIES, LTD. ("TUFIN" OR THE "COMPANY") COMMON STOCK IN OR PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENTS ISSUED IN CONNECTION WITH TUFIN'S APRIL 11, 2019 INITIAL PUBLIC STOCK OFFERING ("IPO") AND/OR THE DECEMBER 2, 2019 SECONDARY PUBLIC OFFERING ("SPO").

Excluded from the Settlement Class are Defendants; the officers, directors, and affiliates of Tufin, at all relevant times; Tufin's employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired Tufin stock through any such plan(s); any entity in which Defendants have or had controlling interest; the Individual Defendants' immediate family members and their legal representatives, heirs, successors, or assigns.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Tufin Software Technologies Ltd. Securities Litigation*<br>Master File No. 1:20-cv-5646-GHW<br>Claim Filing Deadline: November 3, 2023<br>Exclusion Deadline: November 10, 2023<br>Objection Deadline: November 10, 2023<br>Settlement Hearing: December 1, 2023 | Cusip Number: M8893U102<br>Ticker Symbol: NYSE: TUFN |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the Long Notice and Proof of Claim electronically or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request a link to the location of the electronic Long Notice and Proof of Claim and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email notice sent** OR
- **$0.05 per name, address and email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and all the important documents are available on our website at www.strategicclaims.net/Tufin. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Tufin Software Technologies Ltd. Securities Litigation

**EXHIBIT C**

Tufin Software Technologies Ltd. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

There has been a proposed Settlement of all claims against Tufin Software Technologies Ltd. ("Tufin" or the "Company") and certain of its officers and directors (collectively, "Defendants") relating to Tufin's initial public offering ("IPO") or secondary public offering ("SPO"). The Settlement resolves a lawsuit in the United States District Court for the Southern District of New York (the "Court") in which Plaintiffs allege that, in violation of the federal securities laws, Tufin's Registration Statements contained materially false and misleading statements or omitted material information, causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased or otherwise acquired Tufin common stock pursuant and/or traceable to Tufin's Registration Statements issued in connection with Tufin's April 11, 2019 IPO and/or Tufin's December 2, 2019 SPO. The Settlement provides that, in exchange for the dismissal of this action and release of claims known and unknown against Defendants, Defendants will pay or cause to be paid into a fund $2,000,000 in cash ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and how to make a claim, please view the Stipulation and Agreement of Settlement at www.strategicclaims.net/Tufin and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("LONG NOTICE") and PROOF OF CLAIM by contacting the Claims Administrator in any of the following ways: (1) mail: *Tufin Software Technologies Ltd. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/Tufin.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOFS OF CLAIM ARE DUE BY NOVEMBER 3, 2023 TO TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063, OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/TUFIN. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself by November 10, 2023, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by November 10, 2023. The Long Notice and Stipulation and Agreement of Settlement explain how to opt-out or to object.**

The Court will hold a hearing in this case on December 1, 2023 at 2:00 p.m. at the Court, 500 Pearl Street, Courtroom 12C, New York, NY 10007, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of one-third of the Settlement Fund plus actual expenses up to $150,000 for litigating the case and negotiating the Settlement, and an award to Plaintiffs collectively not to exceed $15,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. You have the right to retain your own counsel and to appear at the hearing through counsel of your choosing. The Court reserves the right to hold he Settlement Hearing telephonically  or  by  other  virtual means. For  more  information, call  toll-free  (866)  274-4004,  or  visit  the  website, www.strategicclaims.net/Tufin.

**EXHIBIT D**

**AFFIDAVIT**

**STATE OF NEW JERSEY** )
                        ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Ian Martin, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

  1 insertion(s) on the following date(s)

SEPT-04-2023;

ADVERTISER: TUFIN SOFTWARE TECHNOLOGIES LTD.;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
5    day of   September    2023

Notary Public

Keith Oechsner
NOTARY PUBLIC
State of New Jersey
ID # 50106528
My Commission Expires
June 10, 2024

# MUTUAL FUND PERFORMANCE

**BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)**

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc CL A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

**GROWTH ETF (IUSG) VS VALUE ETF (IUSV)**

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc CL A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

## Top Growth Funds
Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating | $ Net Assets |
|---|---|---|---|
| Kinetics:Paradigm | +29 | A+ | 320.20 mil |
| Fairholme:Fairholme | +28 | A+ | 1.213 bil |
| Hennessy:Crnst Gro | +22 | A+ | 143.70 mil |
| Kinetics:SC Oppty | +21 | A+ | 210.00 mil |
| Hodges | +20 | A+ | 155.50 mil |
| Wasatch:Sm Cap Val | +18 | A | 603.40 mil |
| Morg Stan I:Inc | +16 | E | 200.40 mil |
| Avantis US SCV | +16 | A+ | 412.20 mil |
| Fidelity Sel Cnst&Hous | +16 | A+ | 557.10 mil |
| Rydex:NASDAQ 2x | +16 | B+ | 646.50 mil |
| ProFunds:UltraNASDAQ | +16 | B+ | 717.90 mil |
| Fidelity Sel Industrls | +15 | A | 467.60 mil |
| Fidelity Adv Inds | +15 | A+ | 218.60 mil |
| Ave Maria Value | +15 | A+ | 349.50 mil |
| Columbia:SmCp Val I | +15 | A+ | 501.60 mil |
| Wasatch:Core Gro | +15 | B+ | 1.622 bil |
| Rydex:S&P 500 2x | +15 | A+ | 193.70 mil |
| Hennessy:Crnst MdCp | +15 | A+ | 253.40 mil |
| Lyrical US Val Eqty | +14 | A+ | 547.50 mil |
| Fidelity Value Strat | +14 | A+ | 537.30 mil |
| Baron Small Cap Fund | +14 | C+ | 2.964 bil |
| Royce Fd:SC Tot Ret | +14 | A+ | 613.60 mil |
| Virtus:Cer SC VE | +14 | A+ | 129.00 mil |
| Hotchkis:Sm Cap Val | +14 | A+ | 626.40 mil |
| RBB:BP SCV2 | +14 | A+ | 578.20 mil |

## Top Growth Funds
Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating | $ Net Assets |
|---|---|---|---|
| Kinetics:SC Oppty | -10 | A+ | 210.00 mil |
| Oberweis:Micro-Cap | +17 | A+ | 206.30 mil |
| Third Avenue:Value | +12 | A+ | 723.10 mil |
| Hotchkis:Sm Cap Val | +11 | A+ | 626.40 mil |
| Kinetics:Paradigm | -11 | A+ | 320.20 mil |
| Hennessy:Crnst MdCp | +21 | A+ | 253.40 mil |
| Avantis US SCV | +11 | A+ | 412.20 mil |
| Undsc Mgr:Beh Val | +5 | A+ | 2.456 bil |
| Oberweis:Sm-Cap Opp | +16 | A+ | 205.60 mil |
| Fairholme:Fairholme | +49 | A+ | 1.213 bil |
| Victory:Integrity SCV | +10 | A+ | 771.50 mil |
| Fidelity Value Strat | +12 | A+ | 537.30 mil |
| Victory:RS Partners | +10 | A+ | 223.10 mil |
| Fidelity Value Fund | +10 | A+ | 7.117 bil |
| FMI:Common Stock | +16 | A+ | 503.00 mil |
| Fidelity Adv Val | +10 | A+ | 158.70 mil |
| Hennessy:Crnst Gro | +12 | A+ | 143.70 mil |
| Victory:Integ SMCV | +9 | A+ | 190.70 mil |
| Hodges Small Cap | +13 | A+ | 143.60 mil |
| Columbia:SmCp Val I | +12 | A+ | 501.60 mil |
| Fidelity Adv SC Val | +9 | A+ | 1.118 bil |
| Fidelity Sm Cap Val | +9 | A+ | 2.512 bil |
| Principal:SCV II | +11 | A+ | 176.50 mil |
| Royce Fd:SC Oppty | +13 | A+ | 919.70 mil |
| Third Avenue:SC Val | +13 | A+ | 164.60 mil |

**U.S. Stock Fund Cash Position** High (11/00) 6.2% Low (12/21) 1.5%

| | | | | | |
|---|---|---|---|---|---|
| 22-Feb | 1.90% | 22-Aug | 2.50% | 23-Feb | 2.26% |
| 22-Mar | 2.00% | 22-Sep | 2.50% | 23-Mar | 2.17% |
| 22-Apr | 2.10% | 22-Oct | 2.50% | 23-Apr | 2.22% |
| 22-May | 2.20% | 22-Nov | 2.50% | 23-May | 2.05% |
| 22-Jun | 2.40% | 22-Dec | 2.40% | 23-Jun | 1.98% |
| 22-Jul | 2.40% | 23-Jan | 2.30% | 23-Jul | 1.93% |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION

Master File No. 1:20-cv-5646-GHW
Hon. Gregory H. Woods

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO:** ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED TUFIN SOFTWARE TECHNOLOGIES LTD. ("TUFIN") COMMON STOCK PURSUANT AND/OR TRACEABLE TO TUFIN'S REGISTRATION STATEMENTS ISSUED IN CONNECTION WITH TUFIN'S APRIL 11, 2019 INITIAL PUBLIC OFFERING ("IPO") AND/OR TUFIN'S DECEMBER 2, 2019 SECONDARY PUBLIC OFFERING ("SPO") (THE "SETTLEMENT CLASS"):[1]

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on  December 1, 2023, at 2:00 p.m. before the Honorable Gregory H. Woods, United States District Judge of the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 12C, New York, NY 10007 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for $2,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Plaintiffs' Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $150,000, and an Award to Plaintiffs of no more than $15,000 in total, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Settlement Stipulation. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased or otherwise acquired Tufin Software Technologies, Ltd. ("Tufin" or the "Company") common stock in or pursuant and/or traceable to the Registration Statements issued in connection with Tufin's April 11, 2019 IPO and/or the December 2, 2019 SPO, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Tufin common stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Tufin Software Technologies Ltd. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Long Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/Tufin. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form to the Claims Administrator, either electronically no later than 11:59 p.m. EDT  on November 3, 2023 or by first class mail postmarked no later than November 3, 2023, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than November 10, 2023, in the manner and form explained in the Notice. All members of the Settlement Class who do not request exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and Award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than November 10, 2023, and must be mailed to each of the following:

| | | |
|---|---|---|
| Clerk of the Court | PLAINTIFFS' COUNSEL: | COUNSEL FOR DEFENDANTS: |
| United States District Court | LEVI & KORSINSKY | WHITE & CASE LLP |
| Southern District of New York | Nicholas I. Porritt | Kimberly A. Havlin |
| Daniel Patrick Moynihan | Adam M. Apton | 1221 Avenue of the Americas |
| U.S. Courthouse | 55 Broadway, 10th Floor | New York, NY 10020 |
| 500 Pearl Street | New York, NY 10006 | |
| New York, NY 10007 | | |
| | THE ROSEN LAW FIRM, P.A. | |
| | Phillip Kim | |
| | 275 Madison Avenue, 40th Floor | |
| | New York, NY 10016 | |
| | POMERANTZ LLP | |
| | Patrick V. Dahlstrom | |
| | Christopher P.T. Tourek | |
| | 10 South LaSalle Street, Suite 3505 | |
| | Chicago, IL 60603 | |

If you have any questions about the Settlement, you may call or write to Plaintiffs' Counsel:

LEVI & KORSINSKY
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Email: nporritt@zlk.com
Email: aapton@zlk.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: August 10, 2023

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

[1] All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated July 7, 2023 (the "Settlement Stipulation").

This announcement is neither an offer to purchase nor a solicitation of an offer to sell Shares (as defined below). The Offer (as defined below) is made solely by the Offer to Purchase (as defined below), dated August 24, 2023 and the related Assignment Form (as defined below) and any amendments or supplements thereto. The Offer is not being made to (nor will tenders be accepted from or on behalf of) holders of Shares in any jurisdiction in which the making of the Offer or the acceptance thereof would not be in compliance with the securities, "blue sky" or other laws of such jurisdiction or any administrative or judicial action pursuant thereto.

**Notice of Offer to Purchase for Cash**
**Up to 10,000,000 Shares of Common Stock of**
**Sinovac Biotech Ltd. (SVA) at**
**$0.03 per Share**
**By Alternative Liquidity Index LP**

Alternative Liquidity Index LP, a Delaware Limited Partnership ("Purchaser"), is offering to purchase up to 10,000,000 outstanding shares of common stock, or such lesser number of shares as may be properly tendered and not properly withdrawn (the "Shares"), of Sinovac Biotech Ltd. , an Antigua corporation (the "Company"), at a purchase price of $0.03 per Share (the "Purchase Price"), net to the seller in cash, without interest thereon and less any applicable withholding taxes, upon the terms and subject to the conditions set forth in the Offer to Purchase, dated August 24, 2023 (the "Offer to Purchase"), and in the related assignment form (the "Assignment Form" and, together with the Offer to Purchase, as each may be amended or supplemented from time to time, the "Offer"). Tendering shareholders whose Shares are registered in their names and who tender directly to the Purchaser, will not be obligated to pay brokerage fees or commissions or, except as set forth in the Assignment Form, transfer taxes on the purchase of Shares by Purchaser pursuant to the Offer. Shareholders who hold their Shares through a broker, bank or other institution should consult such institution as to whether it will charge any service fees or commissions.

THE OFFER, PRORATION PERIOD AND WITHDRAWAL RIGHTS WILL EXPIRE AT 11:59 P.M., NEW YORK CITY TIME, ON FRIDAY, SEPTEMBER 29, 2023, UNLESS THE OFFER IS EXTENDED OR EARLIER TERMINATED.

The Offer is not conditioned upon the tender of any minimum number of Shares; however, the Offer is conditioned upon the satisfaction or waiver (where applicable) of a number of conditions set forth in the Offer to Purchase. The term "Expiration Date" means 11:59 P.M., New York City time, on September 29, 2023, unless Purchaser shall have extended the period during which the Offer is open, in which case the term "Expiration Date" means the latest time and date at which the Offer, as so extended, expires. Subject to the terms set forth in the Offer to Purchase and applicable law, Purchaser expressly reserves the right, at any time, in its sole discretion, to waive, in whole or in part, any condition of the Offer, or to modify the terms of the Offer. If Purchaser makes a material change in the terms of the Offer or the information concerning the Offer or waives a material condition of the Offer, Purchaser may be required, under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), to extend the Offer for up to an additional 10 business days. The information required to be disclosed pursuant to the Exchange Act is contained in the Offer to Purchase and is incorporated herein by reference. Any extension, delay, waiver or material amendment of the Offer will be followed as promptly as practicable by public announcement thereof, such announcement in the case of an extension to be made no later than 9:00 a.m., New York City time, on the next business day after the otherwise scheduled Expiration Date in accordance with applicable law. Presently, the Purchaser does not anticipate a subsequent offering period.

The Offer is not made for the purpose of acquiring or influencing control of the business of the Company. In order to tender Shares, the documents, signatures or information described in the Offer to Purchase must be received by the Purchaser at or prior to the Expiration Date. Shares tendered pursuant to the Offer may be withdrawn at any time prior to the Expiration Date, and, unless accepted for payment pursuant to the Offer, may also be withdrawn at any time after the date that is two weeks following the Expiration Date, as the same may be extended, unless such Shares have already been accepted for payment. In each case pursuant to the procedures described in the Offer to Purchase. If, as of the Expiration Date, more than 10,000,000 Shares are validly tendered and not properly withdrawn, Purchaser will, upon the terms and subject to the conditions of the Offer, accept for payment and pay for only 10,000,000 Shares on a pro rata basis, with adjustments to avoid purchases of fractional Shares.

The Offer has been commenced without obtaining the prior approval or recommendation of the board of directors of the Company. Neither the approval nor the recommendation of the Company's board of directors is required under applicable law for this tender offer transaction to be commenced or completed.

Under no circumstances will interest on the Purchase Price for Shares be paid to the shareholders of the Company, regardless of any delay in payment for such Shares.

The receipt of cash as payment for the Shares pursuant to the Offer will be a taxable transaction for United States federal income tax purposes. For a summary of the material United States federal income tax consequences of the Offer, see the Offer to Purchase. Each holder of Shares should consult his, her or its own tax advisor regarding the United States federal income tax consequences of the Offer in light of his, her or its particular circumstances, as well as any federal estate, gift or other tax consequences that may arise under the laws of any United States local, state or federal or non-United States taxing jurisdiction and the possible effects of changes in such tax laws.

The Offer to Purchase and the related Assignment Form contain important information which should be read before any decision is made with respect to the Offer. Questions regarding the Offer and requests for copies of the Offer to Purchase, the Assignment Form and all other tender offer materials may be directed to Alternative Liquidity Index LP at (888) 884-8796 or info@alternativeliquidity.net, and copies will be furnished promptly at Purchaser's expense.



THE FREE PODCAST THAT'S ALL ABOUT MAKING MONEY. For more info, go to: investors.com/podcast

© 2023 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital. IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, September 4, 2023 9:01 AM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; mcraig@strategicclaims.net; fknowles@strategicclaims.net |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: Levi & Korsinsky, LLP |



# Release Distribution Confirmation

**Levi & Korsinsky, The Rosen Law Firm, P.A., and Pomerantz LLP Announce the Proposed Securities Class Action Settlement on Behalf of Purchasers of the Common Stock of Tufin Software Technologies Ltd. - TUFN**

*Cross time: **09/04/23 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us