# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION** | **Master File No. 1:20-cv-5646-GHW**<br><br>**Hon. Gregory H. Woods**<br><br>**<u>CLASS ACTION</u>** |

**DECLARATION OF MATTHEW PRIMOZICH IN
SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF PROPOSED
CLASS ACTION SETTLEMENT; AND (2) AWARD OF ATTORENYS' FEES,
REIMBURSMENET OF EXPENSES, AND AWARDS TO PLAINTIFFS**

Pursuant to 28 U.S.C. § 1746, I, Matthew Primozich, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I am one of the Named Plaintiffs in the above-captioned securities class action (the "Action"). I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Plaintiffs' motion for an award of attorneys' fees, reimbursement of litigation expenses, and awards to plaintiffs, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. I have personal knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.      NAMED PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.      I have been actively involved in the prosecution of an action against Defendants since February 26, 2020, when I filed an action in New York State Court, and involved in the prosecution of this Action since March 31, 2022, when Plaintiffs filed a second amended complaint adding myself as a Named Plaintiff.  ECF No. 70.

4.    In fulfillment of my responsibilities as a Named Plaintiff, I have worked closely with Plaintiffs' Counsel regarding the litigation and resolution of this case.

5.    Throughout the litigation, I received status reports from Plaintiffs' Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) reviewed all pleadings and briefs filed in the Action; (c) reviewed all Court Orders; (d) responded to Defendants' request for production of documents and produced documents in conjunction therewith; (e) responded to Defendants' interrogatories; (f) spoke regularly with Plaintiffs' Counsel regarding case developments; (g) prepared for the mediation sessions by, among other things, discussing with Plaintiffs' Counsel the mediation statements and mediation strategy; (h) made myself available during the mediation and consulted with Plaintiffs' Counsel regarding settlement negotiations; (i) prepared for a potential deposition with my attorneys; (j) evaluated the Settlement Amount, conferred with Plaintiffs' Counsel, and ultimately approved the Settlement; and (k) communicated with counsel regarding the process of finalizing the Settlement.

6.    In short, I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances.

## II.    APPROVAL OF THE SETTLEMENT

7.    As detailed in the paragraphs above, through my active participation I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

8.    Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate

recovery for the Settlement Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

### III.    PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

#### A.    Attorneys' Fees and Litigation Expenses

9.      I believe Plaintiffs' Counsel's request for an award of attorneys' fees in the amount of 33 ⅓% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class.

10.     I have evaluated Class Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Settlement Class, and the risks Plaintiffs' Counsel bore in prosecuting this Action on behalf of myself, the other Plaintiffs, and the Settlement Class on a fully contingent basis, which included the fronting of all expenses. I have authorized this fee request for the Court's ultimate determination.

11.     I further believe the litigation expenses for which Plaintiffs' Counsel has requested reimbursement are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

#### B.    Plaintiffs' Litigation-Related Costs and Expenses

12.     I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Class Counsel's request for reimbursement of Litigation Expenses, I respectfully request reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

13.     The time I devoted to representing the Settlement Class in this Action was time that I otherwise would have spent investing, or on other activities and, thus, represented a cost to me. I respectfully request reimbursement in the amount of $5,000 for the time I devoted to participating in this Action. I make this request based on the conservative effort that I devoted approximately 40 hours in the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class under the circumstances.

14.     In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Plaintiffs' motion for an award of attorneys' fees, reimbursement of litigation expenses, and awards to Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 26____, 2023, In Eden Prairie, Minnesota.

**DocuSigned by:**

*Matt Primozich*

BCBB4CEDCD804E9...

Matthew Primozich