DocuSign Envelope ID: F04EDD7D-8839-4F91-8F3E-8CCEBF3B3ACC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION** | **Master File No. 1:20-cv-5646-GHW**<br><br>**Hon. Gregory H. Woods**<br><br><u>**CLASS ACTION**</u> |

**DECLARATION OF WILLIAM J. ALLEN IN
SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF PROPOSED
CLASS ACTION SETTLEMENT; AND (2) AWARD OF ATTORENYS' FEES,
REIMBURSMENET OF EXPENSES, AND AWARDS TO PLAINTIFFS**

Pursuant to 28 U.S.C. § 1746, I, William J. Allen, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I am one of the Named Plaintiffs in the above-captioned securities class action (the "Action"). I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Plaintiffs' motion for an award of attorneys' fees, reimbursement of litigation expenses, and awards to plaintiffs, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. I have personal knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.      OVERSIGHT OF THE LITIGATION

3.      I have been actively involved in the prosecution of an action against Defendants since May 28, 2020, when I filed an action in New York State Court, and involved in the prosecution of this Action since March 31, 2022, when Plaintiffs filed a second amended complaint adding myself as a Named Plaintiff.  ECF No. 70.

4.      In fulfillment of my responsibilities as a Named Plaintiff, I have worked closely with Plaintiffs' Counsel regarding the litigation and resolution of this case.

5.      Throughout the litigation, I received status reports from Plaintiffs' Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) reviewed all significant pleadings and briefs filed in the Action; (c) produced documents to my attorneys and in response to Defendants' request for production of documents; (d) responded to Defendants' interrogatories; (e) consulted with my attorneys regarding the settlement negotiations; (f) prepared for a potential deposition with my attorneys; (g) evaluated and ultimately approved the Settlement; and (k) communicated with counsel to help finalize the terms of the Settlement and to issue this Declaration.

6.      In short, I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances.

## II.      <u>APPROVAL OF THE SETTLEMENT</u>

7.      Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. Before, during, and after the mediation process presided over by mediator Jed Melnick, Esq. of JAMS Solutions, I conferred with my attorneys regarding the parties' respective positions and the progress of the settlement negotiations.

8.      Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe the Settlement is a good result for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I endorse approval of the Settlement by the Court.

### III. PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

#### A. Attorneys' Fees and Litigation Expenses

8. I believe Plaintiffs' Counsel's request for an award of attorneys' fees in the amount of 33 ⅓% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class. I evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

9. I further believe the litigation expenses Plaintiffs' Counsel has requested reimbursement for are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

#### B. Plaintiffs' Litigation-Related Costs and Expenses

10. I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Class Counsel's request for reimbursement of Litigation Expenses, I respectfully request reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

11. The time I devoted to representing the Settlement Class in this Action was time that I otherwise would have spent investing, or on other activities and, thus, represented a cost to me. I respectfully request reimbursement in the amount of $5,000 for the time I devoted to participating in this Action. I make this request based on the conservative effort that I devoted approximately 15 hours in the litigation-related activities described above. It is my belief that this request for

4

reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class under the circumstances.

12.     In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Plaintiffs' motion for an award of attorneys' fees, reimbursement of litigation expenses, and awards to Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 30.00, 2023 at Hebron, Connecticut.

DocuSigned by:

DFDC3C54D4CE4FD...

William J. Allen