**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS** |

PLEASE TAKE NOTICE that on December 1, 2023, at 2:00 p.m., or as soon thereafter as the parties can be heard, Plaintiffs will and hereby do move the Court, the Honorable Gregory H. Woods presiding, for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Adam M. Apton In Support of Plaintiffs' Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

DATED: November 3, 2023          **LEVI & KORSINSKY, LLP**

                                           */s/ Adam M. Apton*
                                           Adam M. Apton
                                           33 Whitehall Street, 17th floor
                                           New York, NY 10004

Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry
and Lead Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice*
application forthcoming)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
        ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt
Primozich and William J. Allen*