**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods |

**DECLARATION OF SUSAN L. GRACE**

I, Susan L. Grace, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney with the law firm White & Case LLP, resident in the firm's New York office, counsel for Defendants in the above-referenced action (the "Action"). I am admitted to practice in the State of New York. I make this declaration based upon my personal knowledge, and I am competent to testify to its contents.

2.      Pursuant to the Court's Order dated July 13, 2023 (ECF No. 106), I submit this declaration in support of the proposed finding in paragraph 14 of the Proposed Order and Final Judgment filed in this action on November 3, 2023 (ECF No. 116).

3.      To the best of my knowledge, information, and belief, Defendants and Defendants' counsel in the Action at all times complied with Rule 11 of the Federal Rules of Civil Procedure, including by certifying pursuant to Rule 11(b) with respect to each pleading, written motion, and other paper submitted by Defendants to this Court that (i) it was not being presented for any improper purpose; (ii) the claims, defenses, and other legal contentions were warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (iii) the factual contentions had evidentiary support or, if specifically so identified, would likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (iv) the denials of factual contentions were warranted

AMERICAS 125519679

on the evidence or, if specifically so identified, were reasonably based on belief or a lack of information.

4.      I am not aware of any reason to believe that Plaintiffs' counsel at any time violated Rule 11 in connection with this Action.

5.      To the best of my knowledge, information, and belief, all Defendants and all Plaintiffs also complied with all requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 as to all proceedings related to this Action.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 21, 2023                    *s/ Susan L. Grace*
                                            Susan L. Grace
                                            White & Case LLP
                                            1221 Avenue of the Americas
                                            New York, NY 10020
                                            Tel. 212-819-8200
                                            susan.grace@whitecase.com


2

AMERICAS 125519679