**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW <br><br> Hon. Gregory H. Woods <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' NOTICE OF NON-OPPOSITION TO (I) MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (II) MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS** |

Plaintiffs[1] submit this Notice of Non-Opposition to their Motion for Final Approval of Proposed Class Action Settlement (the "Final Approval Motion") (Dkt. No. 113) and Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Plaintiffs (the "Fee Motion") (Dkt. No. 117) (together, the "Motions"). Per the Court's August 8, 2023, Order Granting Plaintiff's Amended Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order"), the Motions are set for hearing on December 1, 2023, at 2:00 p.m.

The Preliminary Approval Order provided that all objections and requests for exclusion needed to be served and filed on or before November 10, 2023. The Motions were timely filed on November 3, 2023, prior to that deadline. Attached hereto as **Exhibit A** is a Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; and (B) Report

---

[1] All capitalized terms not defined herein shall have the same meaning as set forth in the Stipulation and Agreement of Settlement dated as of July 7, 2023 (Dkt. No. 108-2) (the "Stipulation").

1

on Requests for Exclusion and Objections, dated November 21, 2023 (the "Supplemental Declaration"). As of this date, no objection to either of the Motions has been received by Class Counsel or filed with the Court. The Motions are therefore unopposed.

DATED: November 21, 2023                    By: /s/ *Brent J. LaPointe*


**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry
and Lead Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice*
application forthcoming)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
        ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt
Primozich and William J. Allen*

## **<u>CERTIFICATE OF SERVICE</u>**

On November 21, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brent J. LaPointe*
Brent J. LaPointe

3