**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods<br><br>CLASS ACTION<br><br>**DECLARATION OF BRENT J. LAPOINTE** |

I, Brent J. LaPointe, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney in the New York office of The Rosen Law Firm, P.A. ("The Rosen Law Firm").[1]  The Rosen Law Firm is one of the law firms representing one of the Named Plaintiffs, William J. Allen, in the above-captioned securities class action (the "Action").  I am admitted to practice law in that of New York. I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify to its contents.

2.      I submit this Declaration in support of the proposed finding in Paragraph 14 of the Proposed Order and Final Judgment filed in this matter on November 3, 2023 (ECF No. 116).

3.      To the best of my knowledge, information, and belief, and based upon my own investigation and inquiry, Plaintiffs and Plaintiffs' Counsel in the above-captioned matter have at complied with Rule 11 of the Federal Rules of Civil Procedure, including by certifying pursuant

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated July 7, 2023. ECF No. 108.

to Rule 11(b) with respect to each pleading, written motion, and other paper submitted by or on behalf of Plaintiffs to this Court, that (i) such document was been presented for any improper purpose; (ii) the claims, defenses, and other legal contentions therein were warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (iii) the factual contentions had evidentiary support or, if specifically so identified, would likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (iv) the denials of factual contentions were warranted on the evidence or, if specifically so identified, were reasonably based on belief or a lack of information.

4.      To the best of my knowledge, information, and belief, and based upon my own investigation and inquiry, I am aware of no reason to believe that Defendants, Defendants' counsel, or any other person or party has violated Rule 11 in the course of or in connection with this Action.

5.      To the best of my knowledge, information, and belief, and based upon my own investigation and inquiry, the parties and their counsel have complied with the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, with respect to all proceedings in or related to this Action.

6.      I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


Executed on November 21, 2023, in New York, NY.


*/s/ Brent J. LaPointe*  
Brent J. LaPointe

2

DATED: November 21, 2023                    By: /s/ *Brent J. LaPointe*

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry and Lead Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice* application forthcoming)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
        ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt Primozich and William J. Allen*

## <u>CERTIFICATE OF SERVICE</u>

On November 21, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brent J. LaPointe*
Brent J. LaPointe