**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES | **Master File No. 1:20-cv-5646-GHW** |
|  | **CLASS ACTION** |
|  | Hon. Gregory H. Woods |

**PLAINTIFFS' REPLY MEMORANDUM OF LAW IN**
**SUPPORT OF (I) MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION**
**SETTLEMENT; AND (II) MOTION FOR AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS**

## <u>TABLE OF CONTENTS</u>

**Page(s)**

TABLE OF CONTENTS.................................................................................................................. i

TABLE OF AUTHORITIES ............................................................................................................ii

I.      THE CLAIMS ADMINISTRATOR PROVIDED NOTICE OF THE SETTLEMENT TO POTENTIAL CLASS MEMBERS...................................................................................... 1

II.     THE LACK OF OBJECTIONS AND EXCLUSIONS STRONGLY SUPPORTS FINAL APPROVAL ....................................................................................................................... 2

III.    CONCLUSION..................................................................................................................... 3

<u>**TABLE OF AUTHORITIES**</u>

**Page(s)**

**Cases**

*City of Providence v. Aeropostale, Inc.*,
    2014 WL 1883494 (S.D.N.Y. May 9, 2014) ...............................................................................2

*In re Bear Stearns Companies, Inc. Sec., Derivative, & ERISA Litig.*,
    909 F. Supp. 2d 259 (S.D.N.Y. 2012)........................................................................................2

*In re Glob. Crossing Sec. & ERISA Litig.*,
    225 F.R.D. 436 (S.D.N.Y. 2004) ...............................................................................................3

*In re MetLife Demutualization Litig.*,
    689 F. Supp. 2d 297 (E.D.N.Y. 2010) .......................................................................................3

*Rodriquez v. It's Just Lunch Int'l*,
    2020 WL 1030983 (S.D.N.Y. Mar. 2, 2020) .............................................................................3

Lead Plaintiff Mark Henry and Named Plaintiffs Matt Primozich and William J. Allen (collectively, "Plaintiffs") respectfully submit this reply memorandum of law in support of the (1) Motion for Final Approval of Proposed Class Action Settlement (the "Final Approval Motion") (Dkt. No. 113) and (2) Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Plaintiffs (the "Fee Motion") (Dkt. No. 117) (together, the "Motions").

The Court-ordered November 10, 2023 deadline for Settlement Class Members[1] to request exclusion from the Settlement or object to the fairness, reasonableness, or adequacy of the Settlement, plan of allocation, proposed attorneys' fees and expenses, and/or proposed compensatory awards to Plaintiffs has lapsed.  As of this filing, 10,849 potential Settlement Class Members have received notice of the Settlement, and no objections or exclusions have been received by the Claims Administrator. *See* Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; and (B) Report on Requests for Exclusion and Objections ("Supp. Craig Decl.") (Dkt. No. 121-1), ¶3.

Accordingly, the Settlement Class Members' reaction to the proposed Settlement, plan of allocation, proposed attorneys' fees and expenses, and proposed compensatory award to Plaintiffs strongly supports entering an order approving the Motions.

## I.    THE CLAIMS ADMINISTRATOR PROVIDED NOTICE OF THE SETTLEMENT TO POTENTIAL CLASS MEMBERS

The Claims Administrator, Strategic Claims Services ("SCS") initially mailed letters to 2,210 to Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  *See* Supp. Craig Decl., ¶3. SCS then mailed the Postcard Notice or e-mailed a link to the Notice and Proof of Claim to 7,110 potential Settlement Class Members. *Id*. In total, 10,849

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement dated July 7, 2023 ("Settlement" or "Stipulation") (Dkt. No. 108-2).

potential Settlement Class Members were notified either by the mailed Postcard Notice or e-mailed the link to the location of the Long Notice and Proof of Claim. *Id*.

On September 4, 2023, SCS disseminated the Summary Notice in print in the *Investor's Business Daily* and electronically over the *Globe Newswire*. *See* Dkt. No. 115-1, ¶11. SCS also established a website dedicated to the Settlement which included the online claim filing link, case deadlines, and important documents such as the Notice, the Preliminary Approval Order, and the Stipulation, which, to date, has received 2,125 page views by 583 unique users. *See* Supp. Nordskog Decl. ¶5. Further, SCS has maintained a toll-free telephone number for potential Settlement Class Members. *Id*. at ¶4. This plan of notice cast a broad net to ensure that any potential Settlement Class Member had the opportunity to learn about and participate in the Settlement.

The November 10, 2023 deadline for objections and requests for exclusions have passed. To date, there have been no objections to or exclusions from the Settlement. *Id*. at ¶¶6-7.

## II.    THE LACK OF OBJECTIONS AND EXCLUSIONS STRONGLY SUPPORTS FINAL APPROVAL

"The reaction of the Class to the Settlement is a significant factor in assessing its fairness and adequacy, and the absence of objections may itself be taken as evidencing the fairness of a settlement." *City of Providence v. Aeropostale, Inc.*, 2014 WL 1883494, at *5 (S.D.N.Y. May 9, 2014); *see also In re Bear Stearns Companies, Inc. Sec., Derivative, & ERISA Litig.*, 909 F. Supp. 2d 259, 266 (S.D.N.Y. 2012). Here, after completing a robust notice program that included disseminating notice of the Settlement to 10,849 potential Settlement Class Members, publishing Summary Notice on a widely-distributed, business-oriented newswire and once in print in the *Investor's Business Daily*, and hosting a comprehensive settlement website containing all Notice and Settlement-related materials, no objections to or exclusions from the Settlement have been

received.  *See* Supp. Craig Decl. ¶¶6-7.

The absence of objections and exclusions is strong evidence of the fairness, reasonableness, and adequacy of the Settlement.  *See*, *e.g.*, *Rodriquez v. It's Just Lunch Int'l*, 2020 WL 1030983, at *4–5 (S.D.N.Y. Mar. 2, 2020); *In re MetLife Demutualization Litig.*, 689 F. Supp. 2d 297, 333 (E.D.N.Y. 2010) (collecting cases); *In re Glob. Crossing Sec. & ERISA Litig.*, 225 F.R.D. 436, 457 (S.D.N.Y. 2004).  Further, that there were no objections to the proposed fee request, expense reimbursement request, or compensatory awards to Plaintiffs, strongly favors granting those requests.  *See Rodriquez*, 2020 WL 1030983, at *11 (awarding the requested 31.5% in attorneys' fees over two objections, noting that "the relatively low number of objections weighs in favor of approving the attorneys' requested fees as reasonable").

## III.    CONCLUSION

For the foregoing reasons, and those in the Motion for Final Approval of Proposed Class Action Settlement and Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Plaintiffs, Plaintiffs respectfully request that the Court enter an order granting the requested relief in both Motions.

Dated:  November 24, 2023                     Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry and Lead Counsel for the Class*

3

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice*)
10 South LaSalle Street, Suite 3505 Chicago,
Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
         ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
         lrosen@rosenlegal.com
         blapointe@rosenlegal.com

*Counsel for Named Plaintiffs Matt Primozich and*
*William J. Allen*

4