USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods<br><br>CLASS ACTION<br><br>**ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFF** |

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, Levi & Korsinsky LLP, Pomerantz LLP, and The Rosen Law Firm P.A., jointly appointed counsel for the Class for purposes of the Settlement (together, "Class Counsel"), have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Mark Henry ("Lead Plaintiff") and Named Plaintiffs Matthew Primozich and William J. Allen ("Named Plaintiffs", and, together with Lead Plaintiff, "Plaintiffs") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and an award to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement dated as of July 7, 2023 (Dkt. No. 108-2) (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Class Counsel during the final approval hearing on December 1, 2023, and due consideration having been had thereon.

1

NOW, THEREFORE, it is hereby ordered:

1. Class Counsel is awarded one-third of the Settlement Fund, or $666,666.67, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Class Counsel shall be awarded expenses in the amount of $134,014.99, with interest, as described above.

3. Lead Plaintiff Mark Henry and Named Plaintiffs Matthew Primozich and William J. Allen shall each be awarded $5,000 (or $15,000, in total) as reimbursement for their lost time and expenses in connection with his prosecution of the Action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: _December 1_, 2023

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE