**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TUFIN SOFTWARE TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 1:20-cv-5646-GHW<br><br>Hon. Gregory H. Woods<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS** |

PLEASE TAKE NOTICE that Lead Plaintiff Mark Henry ("Henry") and Named Plaintiffs Matt Primozich ("Primozich") and William J. Allen ("Allen") (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, hereby move this Court for entry of the accompanying [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds.

Plaintiffs base this Motion on this Notice of Motion; the Memorandum of Law in support hereof; the Declaration of Margery Craig Concerning the Results of the Claims Administration Process, and the Exhibits thereto, and all other pleadings and matters of record and such additional evidence or argument they may present at a hearing.

Plaintiffs submit the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds herewith.


DATED: March 29, 2024

**THE ROSEN LAW FIRM, P.A.**

*/s/ Brent J. LaPointe*

Phillip Kim
Laurence M. Rosen
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
         lrosen@rosenlegal.com
         blapointe@rosenlegal.com

*Counsel for Named Plaintiff William J. Allen*

**LEVI & KORSINSKY, LL**
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500

1

Fax: (212) 363-7171

*Counsel for Lead Plaintiff Mark Henry*
*and Lead Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Christopher P.T. Tourek (*pro hac vice* application forthcoming)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
          ctourek@pomlaw.com

*Counsel for Named Plaintiff Matt Primozich*

2

## **CERTIFICATE OF SERVICE**

On March 29, 2024, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Brent J. LaPointe
Brent J. LaPointe